DONALD L. SPAFFORD, JR.  6188
Pauahi Tower, Suite 470
1003 Bishop Street
Honolulu, HI 96813
Phone: (808) 532-6300
Fax: (808) 532-6309
e-mail: spafford@lava.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re | ) | Case No. 11-01032 |
| | ) | (Chapter 11) |
| UNITY HOUSE, INCORPORATED, | ) | |
| | ) | DECLARATION OF RANDALL HARAKAL; |
| | ) | EXHIBITS "1"-"4" |
| Debtor. | ) | |
| | ) | Judge: Hon. Robert J. Faris |
| _____ | ) | |

DECLARATION OF RANDALL HARAKAL

    I, RANDALL HARAKAL, hereby declare as follows:

    1.  I make this declaration based on personal knowledge unless otherwise indicated.

    2.  I am the Executive Vice President and Treasurer of UNITY HOUSE, INCORPORATED ("Debtor").

    3. The Debtor is a nonprofit corporation, social welfare organization, established and existing under the laws of the State of Hawaii and provides various benefits and events for its beneficiaries, including but not limited to the members of the Local 996, Teamsters Union, and the Local 5, Hotel and Restaurant Workers Union.  Debtor's head office is located at 1701 Ala Wai Boulevard, Honolulu, Hawaii 96815.

4.  Debtor is the owner of a hotel known as The Lotus at Diamond Head located at 2885 Kalakaua Avenue, Honolulu, Hawaii 96815 ("Lotus Hotel").  The Lotus Hotel building sits on leasehold property, and its two parking lots are on fee simple parcels owned by the Debtor.  Debtor also owns a fee simple parcel of real property located at 1701 Ala Wai Boulevard, Honolulu, Hawaii 96815 ("Ala Wai Property"), at which it maintains its headquarters, and owns a fee simple condominium apartment at Pat's Punaluu at 53-567 Kamehameha Highway, #M-202, Hauula, HI 96717 ("Punaluu Condo").  The rental income from the Ala Wai Property is $1,000.00 per month, and the rental income from the Punaluu Condo is $900.00 per month.

5.  The Lotus Hotel properties are Debtor's most valuable asset.  The value of the Lotus Hotel properties is estimated to be about $13 million.  The last appraisal of the Lotus Hotel properties in September 2010 determined the value to be $12.69 million.  A new appraisal of the Lotus Hotel properties is currently being done.  An appraisal of the Ala Wai Property completed on April 11, 2011 determined the value of that property to be $3.96 million.

6.  Castle Resorts and Hotels ("Castle Resorts") manages and operates the Lotus Hotel on behalf of the Debtor under a hotel management contract dated .  Castle Resorts maintains separate accounts into which revenues of the Lotus Hotel are deposited and from which the expenses of the Lotus Hotel are paid.  Castle Resorts has converted these accounts into debtor-in-possession accounts.

14.  The Lotus Hotel continues to be operated pursuant to 11 U.S.C. §§ 1107(a) and 1108.  It generates revenues of about

-2-

$160,000.00 to $221,000.00 per month.  The Lotus Hotel's monthly operating expenses are about $62,000.00 to $71,000.00 per month, and its net income is between $11,000.00 to $43,000.00 per month. Castle Resorts is paid a management fee of about $14,000.00 to $20,000.00 per month for managing and operating the Lotus Hotel pursuant to the Management Contract.

15.  Castle Resorts is entitled to a management fee for the month of April 2011, the exact amount of which will be determined once the revenues for that month are calculated.  A portion of that fee will cover the prepetition period from April 1, 2011 to April 13, 2011.  The management fee is calculated at 10% of gross revenues.

16.  The Lotus Hotel employs about 30 employees. The Lotus Hotel employs personnel for administration, front desk, housekeeping, maintenance, and parking.  Salaries and wages are about the following monthly amounts:

| Department | Salary & Wages |
| --- | --- |
| Administration | $16,000.00 |
| Front Desk | $13,000.00 to $17,000.00 |
| Housekeeping | $17,000.00 to 21,000.00 |
| Maintenance | $6,635.00 |
| Parking | $5,150.00 |

17.  As of the commencement of this case, no single employee was owed more than $2,564.00 in net salary or wages.

18.  The Lotus Hotel pays its Employees twice each month.  The first payment is made on seventh day of each month for the pay

–3–

period starting on the 16th day of the prior month and ending on the last day of that prior month, and the second payment is made on the twenty-second day of each month for the pay period starting on the 1st of that month and ending on the 15th of that month.

19. As of the date the petition was filed, The Lotus Hotel was current on its payment obligations to its Employees.

20. The net pay date for the Lotus Hotel's Employees is April 22, 2011. In order for Castle Resorts to pay those employees on April 22, 2011, a deposit to pay those employees must be made on April 21, 2011 into the payroll account. For amounts due on that pay date, the Lotus Hotel will need to pay $30,472.27 to its Employees and another $3,294.49 for federal and state payroll taxes. Debtor believes the Lotus Hotel will have sufficient cash on hand to pay these amounts.

21. The Lotus Hotel maintains employee benefit programs through Castle Resorts, including medical, dental, vision, worker's compensation, and disability insurance. The total monthly cost for these employee benefit programs is about $11,053.45.

22. A 90-day budget for the operations of the Lotus Hotel prepared by Castle Resorts is attached hereto as Exhibit 1. A 90-day budget for other revenues and expenses of the Debtor is attached as Exhibit 2.

23. Debtor has two secured creditors. MK Pacific holds the only mortgage on the leasehold parcel and the fee simple parcels of the Lotus Hotel. MK Pacific also holds the only mortgage on the Ala Wai Property. MK Pacific is owed about $6 million on the

-4-

loan secured by these mortgages, which are on real properties
having a total value of about $16.65 million.  Adam and Linda
Enos hold the only mortgage on the Punaluu Condo securing
indebtedness of about $100,000.00.

24.  In the ordinary course of its business, Debtor maintains
various insurance policies that provide coverage for general
liability, property damage, directors and officers liability, and
workers' compensation.  These insurance policies are essential to
the preservation of Debtor's assets and are in some cases
required by law.

25.  Debtor maintains insurance through several different
insurance companies.  A list of the policies and insurance
companies is attached as Exhibit "3".

26.  Debtor maintains its worker's compensation insurance through
HEMIC.  The next premium payment on this policy in the amount of
$937.00 is due on May 21, 2011.

27. In the ordinary course of its business, Debtor finances the
insurance premium on its general liability, umbrella liability,
crime, property, and directors and officers liability policies
("Financed Policies) under a premium financing agreement ("PF
Agreement") with IPFS Corporation dba Premium Financing
Specialist Corp. ("IPFS").  The total premium for the Financed
Policies is $65,164.87.  Debtor made a down payment of $17,549.72
on the Financed Policies.  Under the PF Agreement, IFPS paid the
balance of the premiums of $47,615.15 to the insurance companies
issuing the five policies, and Debtor is obligated to make 9
monthly payments of $5,592.40 each.  A copy of the PF Agreement
is attached hereto as Exhibit "4".

-5-

28.  The PF Agreement contains a power of attorney from Debtor to IFPS that allows IFPS to cancel the Financed Policies and recover any unearned premium if there is a default in payment by Debtor under the PF Agreement.  In the PF Agreement, Debtor also grants a security interest to IFPS in all unearned insurance premiums.

   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, belief and information at this time.

Executed on April 19, 2011 at Honolulu, Hawaii.


                                    /s/Randall Harakal
                                    RANDALL HARAKAL

U.S. Bankruptcy Court - Hawaii  #11-01032  Dkt # 10  Filed 04/20/11  Page 6 of 28

**CASTLE RESORTS & HOTELS**
**THE LOTUS AT DIAMOND HEAD**
**MAY, JUNE, JULY FORECAST**
**INCOME STATEMENT**

| | May | Jun | Jul | Total |
|---|---|---|---|---|
| **REVENUES** | | | | |
| ROOM REVENUES | 143,595 | 157,954 | 199,579 | 501,128 |
| OWNER DISTRIBUTION | 0 | 0 | 0 | 0 |
| | | | | |
| NET ROOM REVENUES | 143,595 | 157,954 | 199,579 | 501,128 |
| | | | | 0 |
| OTHER INCOME | 5,475 | 5,753 | 6,789 | 18,017 |
| TELEPHONE REVENUE | 208 | 223 | 272 | 703 |
| F&B REVENUES | 0 | 0 | 0 | 0 |
| VALET INCOME | 11,120 | 11,653 | 14,540 | 37,313 |
| | | | | |
| TOTAL REVENUE | 160,398 | 175,583 | 221,180 | 557,161 |
| | | | | |
| **COST OF REVENUES** | | | | |
| ROOMS EXPENSE | 52,614 | 53,431 | 64,076 | 170,120 |
| OTHER INCOME | 700 | 700 | 700 | 2,100 |
| TELEPHONE EXPENSES | 1,546 | 1,601 | 1,803 | 4,950 |
| F&B EXPENSES | 0 | 0 | 0 | 0 |
| VALET EXPENSES | 7,548 | 7,350 | 7,575 | 22,473 |
| | | | | |
| TOTAL COST OF REVENUE | 62,408 | 63,082 | 74,154 | 199,643 |
| | | | | 0 |
| GROSS PROFIT/LOSS | 97,991 | 112,501 | 147,027 | 357,518 |
| | | | | 0 |
| OPERATING EXPENSES | | | | 0 |
| ADMINISTRATIVE & GENERAL | 26,493 | 26,994 | 28,612 | 82,099 |
| SALES & MARKETING | 4,290 | 4,290 | 4,290 | 12,871 |
| REPAIRS & MAINTENANCE | 12,997 | 13,324 | 14,542 | 40,863 |
| UTILITIES | 17,704 | 18,851 | 23,131 | 59,686 |
| | | | | |
| TOTAL OPERATING EXPENSES | 61,484 | 63,459 | 70,575 | 195,519 |
| | | | | |
| NON-OPERATING EXPENSES | 14,322 | 15,756 | 19,909 | 49,987 |
| | | | | 0 |
| P/L BEFORE OTHER INC/ EXP | 22,184 | 33,286 | 56,542 | 112,012 |
| | | | | 0 |
| **OTHER INCOME/EXPENSE** | | | | 0 |
| FIXED EXPENSES | 10,386 | 11,058 | 13,570 | 35,014 |
| INTEREST | 0 | 0 | 0 | 0 |
| AMORTIZATION/DEPRECIATION | 0 | 0 | 0 | 0 |
| | | | | |
| TOTAL OTHER INCOME/EXPENSE | 10,386 | 11,058 | 13,570 | 35,014 |
| | | | | |
| NET INCOME OR LOSS | 11,798 | 22,228 | 42,972 | 76,998 |
| | | | | 0 |
| | | | | 0 |
| ROOM REVENUES | 143,223 | 157,558 | 199,094 | 499,875 |
| AVAILABLE ROOMS | 1,581 | 1,530 | 1,581 | 4,692 |
| OCCUPIED ROOMS | 1,096 | 1,167 | 1,432 | 3,695 |
| OCCUPANCY | 69.3% | 76.3% | 90.6% | 78.8% |
| AVERAGE RATE | 131 | 135 | 139 | 405 |
| | | | | |
| BASE FEE | 14,322 | 15,756 | 19,909 | 49,987 |
| TOTAL FEE | 14,322 | 15,756 | 19,909 | 49,987 |

**CASTLE RESORTS & HOTELS**
**THE LOTUS AT DIAMOND HEAD**
**MAY, JUNE, JULY FORECAST**
**ROOMS DEPARTMENT**

| | May | Jun | Jul | Total |
|---|---|---|---|---|
| **ROOM REVENUES** | | | | |
| ROOM REVENUES | 143,223 | 157,558 | 199,094 | 499,875 |
| ROOM REVENUES - TLA | 0 | 0 | 0 | 0 |
| ROOM REVENUES - UPGRADES | 372 | 396 | 485 | 1,253 |
| ROOM REVENUES - PACKAGES | 0 | 0 | 0 | 0 |
| MEETING ROOMS | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL REVENUES | 143,595 | 157,954 | 199,579 | 501,128 |
| | | | | 0 |
| | | | | 0 |
| **ROOM EXPENSES** | | | | |
| S & W - HOUSEKEEPING | 17,547 | 18,002 | 20,399 | 55,948 |
| S & W - FRONT DESK | 13,737 | 13,347 | 17,775 | 44,859 |
| S & W - RESERVATIONS | 0 | 0 | 0 | 0 |
| S & W - DOORMEN | 0 | 0 | 0 | 0 |
| S & W - SECURITY | 0 | 0 | 0 | 0 |
| VACATION | 1,203 | 1,206 | 1,468 | 3,877 |
| BONUS | 0 | 0 | 0 | 0 |
| FICA | 2,393 | 2,398 | 2,920 | 7,711 |
| FUTA | 250 | 251 | 305 | 806 |
| SUTA | 629 | 630 | 767 | 2,026 |
| MEDICAL/DENTAL/VISION | 4,405 | 4,405 | 4,405 | 13,214 |
| DISABILITY INSURANCE | 250 | 251 | 305 | 806 |
| WORKER'S COMPENSATION | 704 | 705 | 859 | 2,268 |
| EMPLOYEE MEALS | 0 | 0 | 0 | 0 |
| OTHER EMPLOYEE BENEFITS | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL PAYROLL ROOMS | 41,118 | 41,195 | 49,203 | 131,515 |
| | | | | 0 |
| **OTHER ROOM EXPENSES** | | | | 0 |
| COMMISSIONS | 1,432 | 1,576 | 1,991 | 4,999 |
| DECORATIONS | 29 | 31 | 38 | 98 |
| SUPPLIES | 305 | 325 | 399 | 1,029 |
| GUEST AMENITIES | 1,884 | 2,006 | 2,462 | 6,352 |
| PRINTING & STATIONARY | 185 | 197 | 242 | 624 |
| GUEST RELATIONS | 67 | 67 | 67 | 201 |
| LINEN EXPENSE | 474 | 505 | 619 | 1,598 |
| LAUNDRY AND DRYCLEANING | 1 | 2 | 2 | 5 |
| PEST CONTROL | 23 | 24 | 29 | 76 |
| CONTRACT CLEANING | 0 | 0 | 0 | 0 |
| RESERVATION REIMBURSEMENT | 0 | 0 | 0 | 0 |
| EQUIPMENT RENTAL /LEASES | 289 | 308 | 377 | 974 |
| EQUIPMENT MAINTENANCE AGREEMENT | 50 | 50 | 50 | 150 |
| PROMOTION - ONSITE | 0 | 0 | 0 | 0 |
| PROMOTION - OFFSITE | 0 | 0 | 0 | 0 |
| UNIFORMS | 75 | 75 | 75 | 225 |
| LICENSES & FEES | 0 | 0 | 0 | 0 |
| TRAINING | 0 | 0 | 0 | 0 |
| MISCELLANEOUS EXPENSE | 406 | 432 | 530 | 1,368 |
| OFFICE SUPPLIES | 86 | 91 | 112 | 289 |
| POSTAGE & DELIVERY | 38 | 41 | 50 | 129 |
| OUTSIDE SERVICE | 5,466 | 5,820 | 7,142 | 18,428 |
| RENT - FRONT DESK | 0 | 0 | 0 | 0 |
| ROOM REIMBURSEMENTS | 0 | 0 | 0 | 0 |
| RELOCATION EXPENSE | 0 | 0 | 0 | 0 |
| CABLE | 480 | 480 | 480 | 1,440 |
| TRAVEL | 6 | 6 | 8 | 20 |
| TELEPHONE | 200 | 200 | 200 | 600 |
| EMPLOYEE RELATIONS | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL OTHER ROOM EXPENSE | 11,496 | 12,236 | 14,873 | 38,605 |
| | | | | 0 |
| TOTAL ROOMS EXPENSE | 52,614 | 53,431 | 64,076 | 170,120 |
| | | | | 0 |
| ROOMS PROFIT OR (LOSS) | 90,982 | 104,524 | 135,504 | 331,009 |

U.S. Bankruptcy Court - Hawaii   #11-01032   Dkt # 10   Filed  04/20/11   Page 8 of 28

CASTLE RESORTS & HOTELS
THE LOTUS AT DIAMOND HEAD
MAY, JUNE, JULY FORECAST
OTHER INCOME

| | May | Jun | Jul | Total |
|---|---|---|---|---|
| **OTHER INCOME** | | | | |
| INTEREST INCOME | 0 | 0 | 0 | 0 |
| EMPLOYEE LAUNDRY | 0 | 0 | 0 | 0 |
| IN-ROOM MOVIES | 334 | 356 | 437 | 1,127 |
| VENDING INCOME | 0 | 0 | 0 | 0 |
| COPIES, FAX, POSTAGE | 1 | 1 | 2 | 4 |
| OTHER MISCELLANEOUS INCOME | 772 | 822 | 1,009 | 2,603 |
| IN-ROOM SAFES | 0 | 0 | 0 | 0 |
| NEWSPAPER INCOME | 0 | 0 | 0 | 0 |
| AMENITIES INCOME | 169 | 180 | 221 | 570 |
| ROOM DAMAGES | 15 | 16 | 20 | 51 |
| PARKING | 1,200 | 1,200 | 1,200 | 3,600 |
| AUDIO VISUAL | 0 | 0 | 0 | 0 |
| COMMERCIAL SPACE | 0 | 0 | 0 | 0 |
| LAUNDRY INCOME | 73 | 78 | 96 | 247 |
| ROLLAWAY/CRIB | 30 | 32 | 39 | 101 |
| CLEANING FEES | 0 | 0 | 0 | 0 |
| NO SHOW/ LATE CXL CHARGE | 605 | 644 | 790 | 2,039 |
| CHECK IN FEES | 0 | 0 | 0 | 0 |
| INTERNET INCOME | 2,233 | 2,378 | 2,918 | 7,529 |
| LOST KEY CHARGE | 0 | 0 | 0 | 0 |
| ACTIVITIES COMMISSION | 0 | 0 | 0 | 0 |
| MICROWAVE RENTAL INCOME | 43 | 46 | 57 | 146 |
| | | | | 0 |
| TOTAL OTHER INCOME | 5,475 | 5,753 | 6,789 | 18,017 |
| | | | | 0 |
| | | | | 0 |
| **OTHER EXPENSES** | | | | 0 |
| COST- COPIER/FAX/POSTAGE | 0 | 0 | 0 | 0 |
| NEWSPAPTER COST OF SALES | 0 | 0 | 0 | 0 |
| PARKING COST OF SALES | 0 | 0 | 0 | 0 |
| INTERNET COST OF SALES | 700 | 700 | 700 | 2,100 |
| GUEST ACTIVITY COST OF SALES. | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL OTHER EXPENSES | 700 | 700 | 700 | 2,100 |
| | | | | 0 |
| NET PROFIT/(LOSS) | 4,775 | 5,053 | 6,089 | 15,917 |

**CASTLE RESORTS & HOTELS**
**THE LOTUS AT DIAMOND HEAD**
**MAY, JUNE, JULY FORECAST**
**TELEPHONE DEPARTMENT**

| | May | Jun | Jul | Total |
|---|---|---|---|---|
| **TELEPHONE REVENUE** | | | | |
| TELEPHONE - LONG DISTANCE | 53 | 57 | 69 | 179 |
| TELEPHONE - LOCAL CALLS | 155 | 166 | 203 | 524 |
| COMMISSION | 0 | 0 | 0 | 0 |
| OTHER TELEPHONE INCOME | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL TELEPHONE REVENUE | 208 | 223 | 272 | 703 |
| | | | | 0 |
| COST OF SALES - LOCAL | 766 | 816 | 1,001 | 2,583 |
| COST OF SALES - LONG DIST | 70 | 75 | 92 | 237 |
| | | | | 0 |
| GROSS PROFIT | -558 | -593 | -729 | -1,880 |
| | | | | 0 |
| PAYROLL & RELATED COST | | | | 0 |
| WAGES | 0 | 0 | 0 | 0 |
| SALARIES | 0 | 0 | 0 | 0 |
| VACATION | 0 | 0 | 0 | 0 |
| BONUS | 0 | 0 | 0 | 0 |
| FICA | 0 | 0 | 0 | 0 |
| FUTA | 0 | 0 | 0 | 0 |
| SUTA | 0 | 0 | 0 | 0 |
| MEDICAL/DENTAL/VISION | 0 | 0 | 0 | 0 |
| DISABILITY INSURANCE | 0 | 0 | 0 | 0 |
| WORKER'S COMPENSATION | 0 | 0 | 0 | 0 |
| EMPLOYEE MEALS | 0 | 0 | 0 | 0 |
| OTHER EMPLOYEE BENEFITS | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL PAYROLL TELEPHONE | 0 | 0 | 0 | 0 |
| | | | | 0 |
| **OTHER TELEPHONE EXPENSES** | | | | 0 |
| PRINTING & STATIONARY | 0 | 0 | 0 | 0 |
| EQUIPMENT LEASE/RENT | 0 | 0 | 0 | 0 |
| EQUIPMENT MAINTENANCE AGREEMENT | 710 | 710 | 710 | 2,130 |
| UNIFORMS | 0 | 0 | 0 | 0 |
| TRAINING | 0 | 0 | 0 | 0 |
| MISCELLANEOUS | 0 | 0 | 0 | 0 |
| REIMBURSEMENTS | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL OTHER TELEPHONE EXPENSES | 710 | 710 | 710 | 2,130 |
| | | | | 0 |
| NET TELEPHONE PROFIT/(LOSS) | -1,268 | -1,303 | -1,439 | -4,010 |

**CASTLE RESORTS & HOTELS**
**THE LOTUS AT DIAMOND HEAD**
**MAY, JUNE, JULY FORECAST**
**GARAGE AND PARKING**

| | May | Jun | Jul | Total |
|---|---|---|---|---|
| **GARAGE & PARKING REVENUE** | | | | |
| VALET - OVERNIGHT | 8,220 | 8,753 | 10,740 | 27,713 |
| VALET - F&B | 2,900 | 2,900 | 3,800 | 9,600 |
| OTHER INCOME | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL REVENUES | 11,120 | 11,653 | 14,540 | 37,313 |
| | | | | 0 |
| PAYROLL & RELATED EXPENSES | | | | |
| WAGES - VALET | 5,348 | 5,175 | 5,348 | 15,871 |
| VACATION | 206 | 199 | 206 | 611 |
| BONUS | 0 | 0 | 0 | 0 |
| FICA | 409 | 396 | 409 | 1,214 |
| FUTA | 43 | 41 | 43 | 127 |
| SUTA | 107 | 104 | 107 | 318 |
| MEDICAL/DENTAL/VISION | 1,149 | 1,149 | 1,149 | 3,447 |
| DISABILITY INSURANCE | 43 | 41 | 43 | 127 |
| WORKER'S COMPENSATION | 120 | 116 | 120 | 356 |
| EMPLOYEE MEALS | 0 | 0 | 0 | 0 |
| OTHER EMPLOYEE BENEFITS | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL PAYROLL | 7,425 | 7,221 | 7,425 | 22,071 |
| | | | | 0 |
| GROSS PROFIT | 3,695 | 4,432 | 7,115 | 15,242 |
| | | | | 0 |
| **OTHER EXPENSES** | | | | |
| SUPPLIES | 45 | 48 | 59 | 152 |
| PRINTING AND STATIONARY | 43 | 46 | 56 | 145 |
| UNIFORMS | 25 | 25 | 25 | 75 |
| TRAINING | 10 | 10 | 10 | 30 |
| MISCELLANEOUS | 0 | 0 | 0 | 0 |
| TELEPHONE | 0 | 0 | 0 | 0 |
| EMPLOYEE RELATIONS | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL OTHER EXPENSES | 123 | 129 | 150 | 402 |
| | | | | 0 |
| NET GARAGE PROFIT/(LOSS) | 3,572 | 4,303 | 6,965 | 14,840 |

**CASTLE RESORTS & HOTELS**
**THE LOTUS AT DIAMOND HEAD**
**MAY, JUNE, JULY FORECAST**
**ADMINISTRATIVE DEPARTMENT**

| | May | Jun | Jul | Total |
|---|---|---|---|---|
| **ADMINISTRATIVE & GENERAL** | | | | |
| S&W - ADMIN | 16,178 | 16,178 | 16,178 | 48,534 |
| VACATION | 396 | 396 | 396 | 1,188 |
| BONUS | 0 | 0 | 0 | 0 |
| FICA | 1,238 | 1,238 | 1,238 | 3,714 |
| FUTA | 0 | 0 | 0 | 0 |
| SUTA | 325 | 325 | 325 | 975 |
| MEDICAL/DENTAL/VISION | 1,500 | 1,500 | 1,500 | 4,500 |
| DISABILITY INSURANCE | 129 | 129 | 129 | 387 |
| WORKER'S COMPENSATION | 364 | 364 | 364 | 1,092 |
| EMPLOYEE MEALS | 0 | 0 | 0 | 0 |
| OTHER EMPLOYEE BENEFITS | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL PAYROLL ADMIN & GENERAL | 20,130 | 20,130 | 20,130 | 60,390 |
| | | | | 0 |
| **OTHER ADMINISTRATIVE EXPENSES** | | | | 0 |
| COMMISSION | 0 | 0 | 0 | 0 |
| PRINTING & STATIONARY | 75 | 80 | 98 | 253 |
| CREDIT & COLLECTIONS | 0 | 0 | 0 | 0 |
| EQUIPMENT RENT/LEASE | 558 | 594 | 729 | 1,881 |
| EQUIPMENT MAINTENANCE AGREEMENT | 117 | 124 | 152 | 393 |
| PROMOTION - ONSITE | 0 | 0 | 0 | 0 |
| PROMOTION - OFFSITE | 0 | 0 | 0 | 0 |
| UNIFORM | 40 | 42 | 52 | 134 |
| LICENSES & FEES | 135 | 143 | 176 | 454 |
| TRAINING | 82 | 87 | 107 | 276 |
| MISCELLANEOUS | 336 | 357 | 439 | 1,132 |
| OFFICE SUPPLIES | 445 | 473 | 581 | 1,499 |
| POSTAGE & DELIVERY | 59 | 63 | 77 | 199 |
| OUTSIDE SERVICES | 377 | 402 | 493 | 1,272 |
| REIMBURSEMENT | 0 | 0 | 0 | 0 |
| ACCOUNTING FEES | 0 | 0 | 0 | 0 |
| BAD DEBT EXPENSE | 358 | 394 | 498 | 1,250 |
| CREDIT CARD FEES | 2,793 | 3,072 | 3,882 | 9,747 |
| DATA PROCESSING FEES | 300 | 300 | 300 | 900 |
| DUES & SUBSCRIPTIONS | 27 | 29 | 35 | 91 |
| DONATIONS | 49 | 52 | 64 | 165 |
| BANK SERVICE CHARGES | 117 | 125 | 153 | 395 |
| TELEPHONE | 85 | 90 | 111 | 286 |
| PROFESSIONAL FEES | 325 | 346 | 424 | 1,095 |
| TRAVEL/TRANSPORTATION | 38 | 41 | 50 | 129 |
| EMPLOYEE RELATIONS | 47 | 50 | 61 | 158 |
| PENALTIES | - | - | - | - |
| CASH OVER/SHORT | - | - | - | - |
| DIRECTORS EXPENSES | - | - | - | - |
| MANAGERS EXPENSES | - | - | - | - |
| TOTAL OTHER EXPENSES | 6,363 | 6,864 | 8,482 | 21,709 |
| | | | | - |
| TOTAL EXPENSES | 26,493 | 26,994 | 28,612 | 82,099 |

**CASTLE RESORTS & HOTELS**
**THE LOTUS AT DIAMOND HEAD**
**MAY, JUNE, JULY FORECAST**
**MARKETING DEPARTMENT**

| | May | Jun | Jul | Total |
|---|---|---|---|---|
| **SALES & MARKETING** | | | | |
| WAGES | 0 | 0 | 0 | 0 |
| SALARIES | 0 | 0 | 0 | 0 |
| VACATION | 0 | 0 | 0 | 0 |
| BONUS | 0 | 0 | 0 | 0 |
| FICA | 0 | 0 | 0 | 0 |
| FUTA | 0 | 0 | 0 | 0 |
| SUTA | 0 | 0 | 0 | 0 |
| MEDICAL/DENTAL/VISION | 0 | 0 | 0 | 0 |
| DISABILITY INSURANCE | 0 | 0 | 0 | 0 |
| WORKER'S COMPENSATION | 0 | 0 | 0 | 0 |
| EMPLOYEE MEALS | 0 | 0 | 0 | 0 |
| OTHER EMPLOYEE BENEFITS | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL PAYROLL  SALES & MARKETING | 0 | 0 | 0 | 0 |
| | | | | 0 |
| **OTHER SALES & MARKETING EXPENSES** | | | | 0 |
| COLLATERAL | 487 | 487 | 487 | 1,462 |
| COOPERATIVE MARKETING | 776 | 776 | 776 | 2,328 |
| DIRECT MAIL | 0 | 0 | 0 | 0 |
| DIRECTORIES | 66 | 66 | 66 | 199 |
| CONSUMER PRINT | 0 | 0 | 0 | 0 |
| MISCELLANEOUS | 111 | 111 | 111 | 333 |
| RETAIL NEWSPAPERS | 0 | 0 | 0 | 0 |
| BROADCAST MEDIA | 199 | 199 | 199 | 598 |
| PRINTING | 14 | 14 | 14 | 42 |
| PRODUCTION | 177 | 177 | 177 | 532 |
| PUBLIC RELATIONS | 66 | 66 | 66 | 199 |
| SIGNAGE | 0 | 0 | 0 | 0 |
| TRADE OUT | 0 | 0 | 0 | 0 |
| TRAVEL TRADE MARKETING | 44 | 44 | 44 | 133 |
| VIDEO & SLIDES | 0 | 0 | 0 | 0 |
| FAX BLAST | 0 | 0 | 0 | 0 |
| FAM TOURS | - | - | - | - |
| SALES PROMOTIONS | 244 | 244 | 244 | 732 |
| PROMO EVENTS | 111 | 111 | 111 | 333 |
| TRADESHOW | 66 | 66 | 66 | 199 |
| TELEPHONE | - | - | - | - |
| GDS SYSTEM | 465 | 465 | 465 | 1,395 |
| MARKETING REIMBURSEMENT | - | - | - | - |
| AGENCY FEES | 133 | 133 | 133 | 399 |
| INTERNET MARKETING | 1,174 | 1,174 | 1,174 | 3,522 |
| TRAVEL/ENTERTAINMENT | 155 | 155 | 155 | 465 |
| MARKETING ACCRUAL | - | - | - | - |
| | | | | - |
| TOTAL OTHER SALES & MARKETING EXP | 4,290 | 4,290 | 4,290 | 12,871 |
| | | | | - |
| TOTAL SALES & MARKETING EXPENSES | 4,290 | 4,290 | 4,290 | 12,871 |

U.S. Bankruptcy Court - Hawaii   #11-01032   Dkt # 10   Filed  04/20/11   Page 13 of 28

**CASTLE RESORTS & HOTELS**
**THE LOTUS AT DIAMOND HEAD**
**MAY, JUNE, JULY FORECAST**
**MAINTENANCE DEPARTMENT**

| | May | Jun | Jul | Total |
|---|---|---|---|---|
| **REPAIRS & MAINTENANCE** | | | | |
| WAGES | 3,055 | 3,055 | 3,055 | 9,165 |
| SALARIES | 3,570 | 3,570 | 3,570 | 10,710 |
| VACATION | 137 | 137 | 137 | 411 |
| BONUS | 0 | 0 | 0 | 0 |
| FICA | 507 | 507 | 507 | 1,521 |
| FUTA | 53 | 53 | 53 | 159 |
| SUTA | 133 | 133 | 133 | 399 |
| MEDICAL/DENTAL/VISION | 694 | 694 | 694 | 2,082 |
| DISABILITY INSURANCE | 53 | 53 | 53 | 159 |
| WORKER'S COMPENSATION | 149 | 149 | 149 | 447 |
| EMPLOYEE MEALS | 0 | 0 | 0 | 0 |
| OTHER EMPLOYEE BENEFITS | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL PAYROLL MAINTENANCE | 8,351 | 8,351 | 8,351 | 25,053 |
| | | | | 0 |
| **OTHER MAINTENANCE EXPENSES** | | | | 0 |
| SUPPLIES | 304 | 324 | 397 | 1,025 |
| PEST CONTROL | 147 | 157 | 193 | 497 |
| EQUIPMENT RENT/LEASES | 0 | 0 | 0 | 0 |
| EQUIPMENT MAINT AGREEMENTS | 551 | 587 | 720 | 1,858 |
| UNIFORMS | 12 | 13 | 15 | 40 |
| LICENSES & FEES | 0 | 0 | 0 | 0 |
| TRAINING | 0 | 0 | 0 | 0 |
| MISCELLANEOUS | 58 | 61 | 75 | 194 |
| OFFICE SUPPLIES | 1 | 1 | 1 | 3 |
| OUTSIDE SERVICES | 0 | 0 | 0 | 0 |
| REIMBURSEMENT | -400 | -400 | -400 | -1,200 |
| EQUIPMENT | 12 | 13 | 16 | 41 |
| BUILDINGS | 792 | 844 | 1,035 | 2,671 |
| ELEVATOR | 1,283 | 1,366 | 1,677 | 4,326 |
| FLOORS & DRAPES | 0 | 0 | 0 | 0 |
| POOL | 0 | 0 | 0 | 0 |
| VEHICLES | 36 | 38 | 47 | 121 |
| AIR CONDITIONING | 366 | 389 | 478 | 1,233 |
| PAINTING | 120 | 128 | 157 | 405 |
| TELEPHONE | 121 | 129 | 158 | 408 |
| FURNISHINGS | 32 | 34 | 41 | 107 |
| ELECTRICAL | 75 | 80 | 98 | 253 |
| PLUMBING | 109 | 116 | 142 | 367 |
| REFUSE | 470 | 500 | 614 | 1,584 |
| KITCHEN EQUIPMENT | - | - | - | - |
| FITNESS MAINTENANCE | - | - | - | - |
| GROUNDS & LANDSCAPING | 486 | 517 | 635 | 1,638 |
| LIFE & SAFETY | 7 | 8 | 9 | 24 |
| LOCK & KEYS | 64 | 68 | 83 | 215 |
| | | | | - |
| TOTAL OTHER MAINTENANCE EXPENSE | 4,646 | 4,973 | 6,191 | 15,810 |
| | | | | - |
| TOTAL MAINTENANCE EXPENSES | 12,997 | 13,324 | 14,542 | 40,863 |

U.S. Bankruptcy Court - Hawaii   #11-01032   Dkt # 10   Filed  04/20/11   Page 14 of 28

**CASTLE RESORTS & HOTELS**
**THE LOTUS AT DIAMOND HEAD**
**MAY, JUNE, JULY FORECAST**
**UTILITIES DEPARTMENT**

| | May | Jun | Jul | Total |
|---|---|---|---|---|
| **UTILITIES** | | | | |
| ELECTRICITY | 13,348 | 14,212 | 17,439 | 44,999 |
| GAS | 1,354 | 1,442 | 1,769 | 4,565 |
| WATER | 1,337 | 1,424 | 1,747 | 4,508 |
| SEWER | 1,665 | 1,773 | 2,176 | 5,614 |
| OTHER ENERGY CHARGES | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL UTILITY EXPENSE | 17,704 | 18,851 | 23,131 | 59,686 |

**CASTLE RESORTS & HOTELS**
**THE LOTUS AT DIAMOND HEAD**
**MAY, JUNE, JULY FORECAST**
**OTHER EXPENSES**

| | May | Jun | Jul | Total |
|---|---|---|---|---|
| **NON-OPERATING EXPENSES** | | | | |
| BASE MANAGEMENT FEE | 14,322 | 15,756 | 19,909 | 49,987 |
| INCENTIVE FEE | 0 | 0 | 0 | 0 |
| FF&E DISTRIBUTION | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL NON-OPERATING EXPENSES | 14,322 | 15,756 | 19,909 | 49,987 |
| | | | | 0 |
| | | | | 0 |
| **FIXED EXPENSES** | | | | |
| BUSINESS $ OCCUPANCY TAX | 0 | 0 | 0 | 0 |
| REAL PROPERTY TAX | 0 | 0 | 0 | 0 |
| PENALTIES | 0 | 0 | 0 | 0 |
| INSURANCE - GENERAL | 9,790 | 10,424 | 12,792 | 33,006 |
| BUILDING RENT | 0 | 0 | 0 | 0 |
| LAND RENT | 0 | 0 | 0 | 0 |
| INFORMATION SYSTEMS EQUIPMENT | 0 | 0 | 0 | 0 |
| TELECOMMUNICATIONS EQUIPMENT | 0 | 0 | 0 | 0 |
| OTHER PROPERTY & EQUIPMENT | 596 | 634 | 778 | 2,008 |
| INTEREST - LEASES | 0 | 0 | 0 | 0 |
| INTEREST - LOANS | 0 | 0 | 0 | 0 |
| INTEREST - OTHER | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL FIXED EXPENSES | 10,386 | 11,058 | 13,570 | 35,014 |
| | | | | 0 |
| **AMORTIZATION/DEPRECIATION** | | | | 0 |
| AMORTIZATION - LEASES | 0 | 0 | 0 | 0 |
| AMORTIZATION - ORGZ COST | 0 | 0 | 0 | 0 |
| AMORTIZATION - LOAN FEE OTHER | 0 | 0 | 0 | 0 |
| DEPRECIATION | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL AMORT/DEPRECIATION | 0 | 0 | 0 | 0 |

# Projected Profit and Loss Statement
**UNITY HOUSE, INCORPORATED**

**For April 2011 ending June 2011**

| Gross margin [L/J] | 100.0% |
|---|---|
| Return on sales [T/J] | 7.3% |

| | Apr-11 | May-11 | Jun-11 | Current Period as % of Revenue | % Change from Prior Period | % Change from Budget |
|---|---|---|---|---|---|---|
| **Revenue** | | | | | | |
| Lotus Hotel Income | 30,000 | 30,000 | 30,000 | 86.2% | 0.0% | 0.0% |
| Tenant Income | 2,214 | 2,214 | 2,214 | 6.4% | 0.0% | 0.0% |
| Loan Interest Income | 2,574 | 2,574 | 2,574 | 7.4% | 0.0% | 0.0% |
| | | | | 0.0% | - | - |
| **Total Revenue [J]** | 34,788 | 34,788 | 34,788 | 100.0% | 0.0% | 0.0% |
| **Cost of Sales** | | | | | | |
| | | | | 0.0% | - | - |
| UHI (no sales) | 0 | 0 | 0 | 0.0% | - | - |
| | | | | 0.0% | - | - |
| | | | | | - | - |
| **Total Cost of Revenue [K]** | 0 | 0 | 0 | 0.0% | - | - |
| **Gross Profit [L=J-K]** | 34,788 | 34,788 | 34,788 | 100.0% | 0.0% | 0.0% |
| **Operating Expenses** | | | | | | |
| **Advertising & Marketing** | | | | | | |
| Advertising UHI (web page) | 15 | 15 | 15 | 0.0% | 0.0% | 0.0% |
| Direct marketing UHI (web page) | 15 | 15 | 15 | 0.0% | 0.0% | 0.0% |
| | | | | 0.0% | - | - |
| **Total Sales and Marketing Expenses [M]** | 30 | 30 | 30 | 0.1% | 0.0% | 0.0% |
| **Research and Development (NONE)** | | | | | | |
| Technology licenses | 0 | 0 | 0 | 0.0% | - | - |
| Patents | 0 | 0 | 0 | 0.0% | - | - |
| Other expenses (specify) | 0 | 0 | 0 | 0.0% | - | - |
| | | | | 0.0% | - | - |
| **Total Research and Development Expenses [N]** | 0 | 0 | 0 | 0.0% | - | - |
| **General and Adminstrative** | | | | | | |
| Medical, Dental, Drug & Vision (laid off employees) | 9,240 | 9,240 | 9,240 | 26.6% | 0.0% | 0.0% |
| Wages and salaries UHI | 2,266 | 4,531 | 4,531 | 13.0% | 100.0% | 0.0% |
| Outside services (Retiree Center) | 1,005 | 1,005 | 1,005 | 2.9% | 0.0% | 0.0% |
| Supplies | 300 | 300 | 300 | 0.9% | 0.0% | 0.0% |
| Meals and entertainment | 0 | 0 | 0 | 0.0% | - | - |
| Rent (Equipment) | 660 | 660 | 660 | 1.9% | 0.0% | 0.0% |
| Telephone | 934 | 934 | 934 | 2.7% | 0.0% | 0.0% |
| Utilities | 1,600 | 1,600 | 1,600 | 4.6% | 0.0% | 0.0% |
| Depreciation (UHI office building) | 0 | 0 | 0 | 0.0% | - | - |
| Insurance | 6,530 | 6,530 | 6,530 | 18.8% | 0.0% | 0.0% |
| Repairs and maintenance | 120 | 120 | 120 | 0.3% | 0.0% | 0.0% |
| Security Alarm Service | 149 | 149 | 149 | 0.4% | 0.0% | 0.0% |
| Payroll services | 200 | 200 | 200 | 0.6% | 0.0% | 0.0% |
| Water, sewage, refuse | 252 | 252 | 252 | 0.7% | 0.0% | 0.0% |
| Internet Service | 54 | 54 | 54 | 0.2% | 0.0% | 0.0% |
| Maintenance Fees Pat's at Punaluu | 484 | 485 | 485 | 1.4% | 0.2% | 0.0% |
| Enos Loan | 849 | 849 | 849 | 2.4% | 0.0% | 0.0% |
| Accountants | 2,500 | 2,500 | 2,500 | 7.2% | 0.0% | 0.0% |
| Attorneys | 2,500 | 2,500 | 2,500 | 7.2% | 0.0% | 0.0% |
| **Total General and Adminstrative Expenses [O]** | 29,643 | 31,909 | 31,909 | 91.7% | 7.6% | 0.0% |
| **Total Operating Expenses [P=M+N+O]** | 29,673 | 31,939 | 31,939 | 91.8% | 7.6% | 0.0% |
| **Income from Operations [Q=L-P]** | 5,115 | 2,849 | 2,849 | 8.2% | -44.3% | 0.0% |
| **Other Income [R]** | | | | 0.0% | - | - |
| **Taxes** | | | | | | |
| Income taxes (none due to losses) | 0 | 0 | 0 | 0.0% | - | - |
| Payroll taxes | 150 | 300 | 300 | 0.9% | 100.0% | 0.0% |
| Real estate taxes (currently paid up through August 2011) | 0 | 0 | 0 | 0.0% | - | - |
| Other taxes (specify) | 0 | 0 | 0 | 0.0% | - | - |
| Other taxes (specify) | 0 | 0 | 0 | 0.0% | - | - |
| **Total Taxes [S]** | 150 | 300 | 300 | 0.9% | 100.0% | 0.0% |
| **Net Profit [T=Q+R-S]** | 4,965 | 2,549 | 2,549 | 7.3% | -48.7% | 0.0% |

List of Insurance

| Insurance | Insurer |
|---|---|
| CGL | United National Insurance Co. |
| Umbrella Liability | Princeton Excess & Surplus |
| Property | Great Lakes Insurance |
| Boiler & Machinery | Hartford Steam Boiler |
| Crime | Continental Casualty |
| D&O Liability | North River Insurance Company |
| Worker's Comp. | HEMIC |
| Group Life/AD&D/LTD | Pacific Guardian Life |
| Medical/Dental | Kaiser |
| | HMSA |
| | Hawaii Dental Service |
| | ASH Insurance Company |

EXHIBIT "3"

**PREMIUM FINANCING SPECIALISTS CORP**
A DIVISION OF IPFS CORPORATION (IPFS)
201 W NORTH RIVER DR STE 301
SPOKANE WA 99201-2262
(866)412-6739 · FAX: (509)327-9547

IF YOU HAVE ANY QUESTIONS, PLEASE CALL: (866)412-6739

**DATE MAILED:** 03/03/11

**INSURED**
UNITY HOUSE INC.
1701 ALA WAI BLVD                    003191
HONOLULU, HI 96815-1509

**AGENT**
ALOHA INSURANCE SERVICES INC
75-5931 WALUA ROAD
KAILUA KONA, HI 96740

Recently, for one of the following reasons, IPFS received instructions to alter your payment schedule.

1). Your insurance agent sent us a request to provide additional financing for insurance premiums on your existing account. We have added these premiums to your account and revised your payments accordingly. You should receive a new Notice of Acceptance reflecting the revised premium amount and payment schedule. Included with this letter or under a separate cover letter you should also receive revised payment coupons. Please use the new coupons for all of your future payments.

2). IPFS received return premium funds that have been applied to your account and revised your payments accordingly. Included with this letter or under a separate cover letter you should receive revised payment coupons. Please use the new coupons for all of your future payments.

If you have any questions, please feel free to contact either your insurance agent or IPFS.

**Make online payments or view account information at www.premiumfinance.com.
Please use access code Q9SJYGZC to register (first time users).**



EXHIBIT "4"

| NOTICE OF ACCEPTANCE AND OF ASSIGNMENT | |
|---|---|
| REFER TO THIS ACCOUNT NO. IN ALL CORRESPONDENCE | ACCOUNT NUMBER |
| | **WAS-272070** |

Dear Customer,
Thank you for the opportunity to finance your insurance. As agreed, we have paid the balance due on your behalf. If you have not received your premium finance agreement notify us immediately. A payment schedule is shown below. If payment coupons are not enclosed, you will be billed for each installment. Detailed payment instructions are shown below.

**PAYMENT INSTRUCTIONS:**
1. All payments must be made payable to PREMIUM FINANCING SPECIALISTS CORP.
2. To ensure proper credit to your account, write your account number on your check and return the proper coupon with your payment.
3. Be sure your payment is mailed in time to reach our office by your due date.
4. Mail your payment to the address on the coupon.

**INSURED**
UNITY HOUSE INC.
1701 ALA WAI BLVD
HONOLULU, HI 96815-1509

**AGENT**
ALOHA INSURANCE SERVICES INC
75-5931 WALUA ROAD
KAILUA KONA, HI 96740

| DISCLOSURE | |
|---|---|
| TOTAL PREMIUMS | $65,164.87 |
| DOWN PAYMENT | $17,549.72 |
| AMOUNT FINANCED | $47,615.15 |
| FINANCE CHARGE | $2,718.25 |
| ASSESSMENTS | $0.00 |
| TOTAL PAYMENTS | $50,333.40 |
| NUMBER OF PAYMENTS | 9 |
| PAYMENT AMOUNT | $5,592.60 |
| ANNUAL % RATE | 13.500 |
| ACCEPTANCE DATE | 02/23/11 |

| SCHEDULE OF PAYMENTS | | |
|---|---|---|
| PYMT NO. | DUE DATE | AMOUNT |
| 1 | 03/21/11 | $5,592.60 |
| 2 | 04/21/11 | $5,592.60 |
| 3 | 05/21/11 | $5,592.60 |
| 4 | 06/21/11 | $5,592.60 |
| 5 | 07/21/11 | $5,592.60 |
| 6 | 08/21/11 | $5,592.60 |
| 7 | 09/21/11 | $5,592.60 |
| 8 | 10/21/11 | $5,592.60 |
| 9 | 11/21/11 | $5,592.60 |
| | | |
| | | |
| | | |

WE HAVE PAID THE BALANCE OF YOUR PREMIUM BELIEVING THE PREMIUM FINANCE AGREEMENT TO BE GENUINE AND IN FULL EFFECT AND THE SIGNATURE THEREON AUTHORIZED BY THE INSURED. IF FOR ANY REASON THIS IS NOT TRUE, NOTIFY US IMMEDIATELY AT THE ADDRESS OR TELEPHONE NUMBER AS SHOWN ABOVE.

## SCHEDULE OF POLICIES

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE | FULL NAME OF INSURER AND GENERAL AGENT OTHER THAN SUBMITTING PRODUCER TO WHOM COPY OF THIS NOTICE WAS SENT | COVERAGE FIRE, AUTO MAR, I M, CAS | POLICY TERM IN MONTHS COVERED BY PREM | PREMIUM FINANCED |
|---|---|---|---|---|---|
| FBP9642655 | 02/21/11 | HARTFORD STEAM BOILER INSPECTION AN<br><br>Continued on Schedule A | BOILER | 12 | $1,261.00 |

**Make online payments or view account information at www.premiumfinance.com.**
**Please use access code Q9SJYGZC to register (first time users).**



**PREMIUM FINANCING SPECIALISTS CORP**
A DIVISION OF IPFS CORPORATION (IPFS)

### SCHEDULE A

| INSURED | AGENT |
|---|---|
| UNITY HOUSE INC. | ALOHA INSURANCE SERVICES INC |
| 1701 ALA WAI BLVD | 75-5931 WALUA ROAD |
| HONOLULU, HI 96815-1509 | KAILUA KONA, HI 96740 |

## SCHEDULE OF POLICIES

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE | FULL NAME OF INSURER AND GENERAL AGENT OTHER THAN SUBMITTING PRODUCER TO WHOM COPY OF THIS NOTICE WAS SENT | COVERAGE FIRE, AUTO MAR, I.M., CAS | POLICY TERM MONTHS COVERED BY PREM | PREMIUM FINANCED |
|---|---|---|---|---|---|
| 425324937 | 02/21/11 | CONTINENTAL CASUALTY COMPANY | CRIME | 12 | $5,981.00 |
| CLX0740333 | 02/21/11 | UNITED NATIONAL INSURANCE CO ALEXANDER & BROWN INS SERVICES | UMBRLA | 12 | $6,200.00 |
| | | | FEES | | $403.00 |
| | | | TAXES | | $290.16 |
| IM601369502 | 02/21/11 | UNITED NATIONAL INSURANCE CO ALEXANDER & BROWN INS SERVICES | GL | 12 | $12,500.00 |
| | | | FEES | | $1,125.00 |
| | | | TAXES | | $596.70 |
| TIA211017 | 02/21/11 | GREAT LAKES REINSURANCE (UK) PLC RPS TRIAD INSURANCE | PRPRTY | 12 | $10,043.00 |
| | | | FEES | | $150.00 |
| | | | TAXES | | $470.01 |
| PENDING | 02/21/11 | NORTH RIVER INSURANCE CO (THE) SWETT & CRAWFORD - HONOLULU | D&O | 12 | $25,895.00 |
| | | | FEES | | $250.00 |

 **PREMIUM FINANCING SPECIALISTS CORP**

201 W NORTH RIVER DR STE 301
SPOKANE, 99201-2262
PHONE: (800)234-7373 FAX: (509)327-9547

### Producer

**ALOHA INSURANCE SERVICES INC**
75-5931 WALUA ROAD

KAILUA KONA, HI 96740
(800)483-0333

### Client

**UNITY HOUSE INC.**
1701 ALA WAI BLVD

HONOLULU, HI 96815

### Account #WAS-272070

| | | | |
|---|---|---|---|
| Premium: $65,164.87 | Balance: $50,333.40 | Payments: 0/9 | Status: CURRENT |
| Down Amount: $17,549.72 | Principal: $47,615.15 | Due Date: 3/21/2011 | Payoff On 03/15/2011 of $48,022.68 |
| Amount Financed: $47,615.15 | Interest: $0.00 | Due Amount: $5,592.60 | |
| APR: 13.500% | Credit: $0.00 | Maturity: 11/21/2011 | |
| | Fees: $0.00 | | |

### Transaction History

| Posted | Amount | Source | Type | Due Date |
|---|---|---|---|---|

### Policy

| Policy Number | Effective Date | Premium | Fee | Tax | Coverage | Company GA | Policy Term |
|---|---|---|---|---|---|---|---|
| FBP9642655 | 2/21/2011 | $1,261.00 | $0.00 | $0.00 | BOILER | HARTFORD STEAM BOILER INSPECTION AN/ | 12 |
| 425324937 | 2/21/2011 | $5,981.00 | $0.00 | $0.00 | CRIME | CONTINENTAL CASUALTY COMPANY/ | 12 |
| CLX0740333 | 2/21/2011 | $6,200.00 | $403.00 | $290.16 | UMBRLA | UNITED NATIONAL INSURANCE CO/ ALEXANDER & BROWN INS SERVICES | 12 |
| IM601369502 | 2/21/2011 | $12,500.00 | $1,125.00 | $596.70 | GL | UNITED NATIONAL INSURANCE CO/ ALEXANDER & BROWN INS SERVICES | 12 |
| TIA211017 | 2/21/2011 | $10,043.00 | $150.00 | $470.01 | PRPRTY | GREAT LAKES REINSURANCE (UK) PLC/ RPS TRIAD INSURANCE | 12 |
| PENDING | 2/21/2011 | $25,895.00 | $250.00 | $0.00 | D&O | NORTH RIVER INSURANCE CO (THE)/ SWETT & CRAWFORD - HONOLULU | 12 |

Copyright 2010 © IPFS Corporation All Rights Reserved

U.S. Bankruptcy Court - Hawaii  #11-01032  Dkt # 10  Filed 04/20/11  Page 22 of 28

## Funds

| Paid To | Funds Method | Paid Date | Check/Draft Number |
|---------|--------------|-----------|--------------------|
| AGENT | ACH FUNDINGS | 2011-02-23 | |
| AGENT | ACH FUNDINGS | 2011-02-23 | |
| AGENT | ACH FUNDINGS | 2011-02-23 | |
| AGENT | ACH FUNDINGS | 2011-02-23 | |
| AGENT | ACH FUNDINGS | 2011-02-23 | |
| AGENT | ACH FUNDINGS | 2011-03-04 | |

## Mailings

| Sent To | Mailing | Sent Date |
|---------|---------|-----------|
| Agent | PENDING POLICY REQUEST | 3/4/2011 |
| Agent | NOTICE OF ACCEPTANCE AND ASSIGNMENT | 3/4/2011 |
| Agent | PAYMENT REVISION LETTER | 3/4/2011 |
| Insured | PAYMENT REVISION LETTER | 3/3/2011 |
| GA | PENDING POLICY REQUEST | 3/3/2011 |
| GA | NOTICE OF FINANCED PREMIUM | 3/3/2011 |
| Company | NOTICE OF FINANCED PREMIUM | 3/3/2011 |
| Insured | NOTICE OF ACCEPTANCE AND ASSIGNMENT | 3/3/2011 |
| Insured | NOTICE OF PAYMENT DUE | 3/1/2011 |
| Agent | PENDING POLICY REQUEST | 2/25/2011 |
| Agent | PENDING POLICY REQUEST | 2/25/2011 |
| Agent | PENDING POLICY REQUEST | 2/25/2011 |
| Agent | PENDING POLICY REQUEST | 2/25/2011 |
| Agent | PENDING POLICY REQUEST | 2/25/2011 |
| Agent | NOTICE OF ACCEPTANCE AND ASSIGNMENT | 2/25/2011 |
| Company | NOTICE OF FINANCED PREMIUM | 2/23/2011 |
| GA | PENDING POLICY REQUEST | 2/23/2011 |
| GA | PENDING POLICY REQUEST | 2/23/2011 |
| GA | PENDING POLICY REQUEST | 2/23/2011 |
| GA | NOTICE OF FINANCED PREMIUM | 2/23/2011 |
| Company | NOTICE OF FINANCED PREMIUM | 2/23/2011 |
| GA | NOTICE OF FINANCED PREMIUM | 2/23/2011 |
| GA | NOTICE OF FINANCED PREMIUM | 2/23/2011 |
| Company | NOTICE OF FINANCED PREMIUM | 2/23/2011 |
| Company | NOTICE OF FINANCED PREMIUM | 2/23/2011 |
| Company | NOTICE OF FINANCED PREMIUM | 2/23/2011 |
| Insured | NOTICE OF ACCEPTANCE AND ASSIGNMENT | 2/23/2011 |

U.S. Bankruptcy Court - Hawaii   #11-01032   Dkt # 10   Filed 04/20/11   Page 23 of 28

## Payment Schedule

| Amount | Due Date | Pay Date |
|---|---|---|
| $5,592.60 | 3/21/2011 | |
| $5,592.60 | 4/21/2011 | |
| $5,592.60 | 5/21/2011 | |
| $5,592.60 | 6/21/2011 | |
| $5,592.60 | 7/21/2011 | |
| $5,592.60 | 8/21/2011 | |
| $5,592.60 | 9/21/2011 | |
| $5,592.60 | 10/21/2011 | |
| $5,592.60 | 11/21/2011 | |

3/7/2011 11:33:49 AM        Copyright 2010 © IPFS Corporation All Rights Reserved

U.S. Bankruptcy Court - Hawaii   #11-01032   Dkt # 10   Filed  04/20/11   Page 24 of 28

201 W NORTH RIVER DR STE 301
SPOKANE, WA 99201-2262
(800)234-7373 FAX: (509)327-9547

**Premium Finance Agreement**


PFS PREMIUMFINANCING
S P E C I A L I S T S

| | | | AGENT | INSURED |
|---|---|---|---|---|
| **A** | CASH PRICE (TOTAL PREMIUMS) | $26,145.00 | (Name & Place of business) ALOHA INSURANCE SERVICES INC | (Name & Residence or business) UNITY HOUSE INC. |
| **B** | CASH DOWN PAYMENT | $6,536.25 | 75-5931 WALUA ROAD | 1701 ALA WAI BLVD |
| **C** | PRINCIPAL BALANCE (A MINUS B) | $19,608.75 | KAILUA KONA, HI 96740 (800)483-0333 FAX: (808)334-0115 | HONOLULU, HI 96815 |

**LOAN DISCLOSURE**

AP Quote Number: 235849(Acct: 272070)

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total Of Payments The amount you will have paid after you have made all payments as scheduled |
|---|---|---|---|
| 13.50% | $1,119.42 | $19,608.75 | $20,728.17 |

**YOUR PAYMENT SCHEDULE WILL BE**

ITEMIZATION OF THE AMOUNT FINANCED: THE FULL AMOUNT FINANCED WAS PAID TO THE INSURANCE COMPANY.

| Number Of Payments | Amount Of Payments | When Payments Are Due Beginning: | |
|---|---|---|---|
| 9 | $2,303.13 | MONTHLY 03/21/2011 | |

**Security:** You are giving a security interest in the unearned premiums and, on commercial policies, loss payments which will reduce the unearned premium of the policies.

**Late Charges:** A late charge will be imposed on any installment in default 5 days or more. This late charge will be 5.00% of the installment due.

**Prepayment:** If you pay your account off early, you may be entitled to a refund of a portion of the finance charge in accordance with Rule of 78's. The finance charge includes a predetermined interest rate plus a non-refundable service/origination fee of $0.00. See the contract below and on the reverse side for additional information about nonpayment, default and penalties.

| POLICY PREFIX AND NUMBER | EFFECTIVE DATE OF POLICY | SCHEDULE OF POLICIES INSURANCE COMPANY AND GENERAL AGENT | COVERAGE | POL TERM | PREMIUM |
|---|---|---|---|---|---|
| PENDING | 02/21/2011 | NORTH RIVER INSURANCE CO (THE) SWETT & CRAWFORD - HONOLULU | DIRECTORS & OFFICERS | 12 | 25,895.00 Fee: 250.00 |
| | | | | | TOTAL $26,145.00 |

(check correct box)  ☐ PERSONAL  ☒ COMMERCIAL

The undersigned insured directs IPFS Corporation dba Premium Financing Specialists Corp. (IPFS) (herein, "Lender") to pay the premiums on the policies described above. In consideration of such premium payments the insured agrees to pay Lender at the branch office address shown above, or as otherwise directed by Lender the amount stated as Total of Payments in accordance with the Payment Schedule, both as shown in Loan Disclosure, subject to the Provisions herein set forth.
The named insured:
1. Assigns to Lender as security for the total amount payable hereunder all unearned premiums and, on commercial policies, loss payments which will reduce the unearned premium which become payable under the policies listed above, as to all of which insured gives to Lender a security interest.
2. Irrevocably appoints Lender **attorney-in-fact** of the insured with full power of substitution and full authority upon default to cancel all policies above identified, receive all sums assigned to Lender or in which it has granted Lender a security interest and to execute and deliver on behalf of the insured documents, instruments, forms and notices relating to the listed insurance policies in furtherance of this agreement.
3. Understands that the finance charge begins to accrue as of the earliest policy effective date.

4. Agrees to all provisions set out on pages 1 and 2 of this agreement.
**NOTICE:**
**A. Do not sign this agreement before you read it or if it contains any blank space.**
**B.** You are entitled to a completely filled in copy of this agreement.
**C.** Under the law, you have the right to pay in advance the full amount due and under certain conditions to obtain a partial refund of the finance charge.
**D.** Keep your copy of this agreement to protect your legal rights.

_Culu F. Bee_ ___2/25/11___
Signature of Insured or Authorized Agent    DATE
The undersigned hereby warrants and agrees to Agent's Representations set forth herein.

_____ _____
Signature of Agent    DATE

(02/10) Copyright 2010 IPFS Corporation

2/24/2011 Web - HICFEE

Insured and Lender Agree that:

**5.EFFECTIVE DATE:** This Agreement shall be effective when written acceptance is mailed to the insured by Lender.

**6. DELINQUENT PAYMENTS:** The acceptance by Lender of one or more late payments from the insured shall not estop Lender or be a waiver of the rights of Lender to exercise all of its rights hereunder in the event of any subsequent late payment.

**7. CANCELLATION:** Lender may cancel the insurance policies after providing at least 10 days notice of its intent to cancel or any other required statutory notice if the insured does not pay any installment according to the terms of this Agreement and the unpaid balance due to Lender shall be immediately payable by the insured. Lender at its option may enforce payment of this debt without recourse to the security given to Lender.

**8. CANCELLATION CHARGES:** If Lender cancels any insurance policy in accordance with the terms of this Agreement and applicable law, then the insured will pay Lender a cancellation charge of $15, if permitted, up to the limit specified by law. If cancellation occurs, the insured agrees to pay a finance charge on the balance due at the contract rate of interest until the balance is paid in full or until such other dates as required by law. (Not applicable in KY, NV, and VT)

**9. INSUFFICIENT FUNDS (NSF) CHARGES:** If an insured's check or electronic funding is dishonored for any reason, the insured will pay to Lender a fee, if permitted by law, of $20 or the maximum permitted by law. (Not applicable in AL and KY)

**10. MONEY RECEIVED AFTER CANCELLATION:** Any payments made to Lender after Lender' Notice of Cancellation of the insurance policy(ies) has been mailed may be credited to the insured's account without any obligation on the part of Lender to request reinstatement of the policy. Any money Lender receives from an insurance company shall be credited to the balance due Lender with any surplus refunded to whomever is entitled the money. In the event that Lender does request a reinstatement of the policy on behalf of the insured, such a request does not guarantee that coverage under the policy will be reinstated or continued. Only the insurance company has authority to reinstate the policy. The insured agrees that Lender has no liability to the insured if the policy is not reinstated.

**11. ASSIGNMENT:** The insured agrees not to assign any policy listed hereon or any interest therein except for the interest of mortgages or loss payees, without the written consent of Lender, that Lender may sell, transfer and assign its rights hereunder or under any policy without the consent of the insured, and that all agreements made by the insured hereunder and all rights and benefits conferred upon Lender shall insure to the benefit of Lender's successors and assigns (and any assignees thereof).

**12. INSURANCE AGENT OR BROKER:** The insured agrees that: the insurance agent or broker soliciting the policies or through whom the policies were issued is not the agent of Lender; and the agent or broker named on the front of this Agreement is neither authorized by Lender to receive installment payments under this Agreement nor is to make representations, orally or in writing, to the insured on Lender' behalf (except to the extent expressly required by applicable law). Where permissible by law, some portion of the finance charge may be paid by the lender to the insurance agent or broker executing this agreement as payment for his assitance in arranging the financing of your insurance premium. If you have any questions about this payment you should contact the agent/broker.

**13. FINANCING NOT A CONDITION:** The law does not require a person to enter into a premium finance agreement as a condition of the purchase of insurance.

**14. COLLECTION COSTS:** Insured agrees to pay attorney fees and other collection costs to Lender to the extent permitted by law, if this Agreement is referred to an attorney, who is not a salaried employee of Lender, to collect any money insured owes under this Agreement. (Not applicable in KY or MD)

**15. LIMITATION OF LIABILITY:** The insured agrees that Lender's liability to the insured, any other person or entity for breach of any of the terms of this Agreement for the wrongful or improper exercise of any of its powers under this Agreement shall be limited to the amount of the principal balance outstanding, except in the event of Lender' gross negligent or willful misconduct. (Not applicable in KY)

**16. CLASSIFICATION AND FORMATION OF AGREEMENT:** This Agreement is and will be a general intangible and not an instrument (as those terms are used in the Uniform Commercial Code) for all purposes. Any electronic signature or electronic record may be used in the formation of this Agreement, and the signatures of the insured and agent and the record of this Agreement may be in electronic form (as those terms are used in the Uniform Electronic Transactions Act). A photocopy, a facsimile or other paper or electronic record of this Agreement shall have the same legal effect as a manually signed copy.

**17. REPRESENTATIONS AND WARRANTIES:** The insured represents that the insured is not insolvent or presently the subject of any insolvency proceeding (or if the insured is a debtor of bankruptcy, the bankruptcy court has authorized this transaction), if the insured is not an individual, that the signatory is authorized to sign this Agreement on behalf of the insured, and all parties responsible for payment of the premium are named and have signed this Agreement.

**18. ENTIRE DOCUMENT:** This document is the entire Agreement between Lender and the insured and can only be changed in writing and signed by both parties except that the insured authorizes Lender to insert or correct on this Agreement, if omitted or incorrect, the insurer's name and the policy number(s). Lender is also authorized to correct patent errors and omissions in this Agreement. The laws of the state indicated in the insured's address on the Agreement will govern this Agreement.

## AGENT'S REPRESENTATION

The agent/broker executing this agreement represents, warrants and agrees: (1) the insured has received a copy of this Agreement and has authorized this transaction, the insured's signature is genuine, and the down payment has been received from the insured in cash, (2) the policies are in full force and effect and the information in the Schedule of Policies including the premium amounts is correct, (3) no direct company bill, audit, or reporting form policies or policies subject to retrospective rating or to minimum earned premium are included, except as indicated, and the deposit of provisional premiums is not less than anticipated premiums to be earned for the full term of the policies, (4) the policies can be cancelled by the insured or Lender (or its successors and assigns) on 10 days notice and the unearned premiums will be computed on the standard short rate or pro rata table except as indicated, (5) there are no bankruptcy, receivership, or insolvency proceedings affecting the insured, (6) to hold Lender, its successors and assigns harmless against any loss or expense (including attorney fees) resulting from these representations or from errors, omissions or inaccuracies of agent in preparing this agreement, and (7) to pay the down payment and any funding amounts received from Lender under this Agreement to the insurance company or general agent (less any commissions where applicable) (8) to hold in trust for Lender any payments made or credited to the insured through or to you directly or indirectly, actually or constructively by the insurance companies and to pay the monies, as well as the unearned commissions to Lender upon demand to satisfy the outstanding indebtness of the insured.

U.S. Bankruptcy Court - Hawaii   #11-01032   Dkt # 10   Filed 04/20/11   Page 26 of 28

## AUTOMATIC DEBIT AUTHORIZATION

**Name & Address of Account Holder:** UNITY HOUSE INC.

1701 ALA WAI BLVD HONOLULU, HI 96815

Telephone Number: N/A

Name & Address of Account Holder (If different from above):

Telephone Number: ( ) -

IPFS Use Only: Quote No.: 235849                          Debit Begins: 02/24/2011

### IPFS

201 W NORTH RIVER DR
STE 301 SPOKANE, WA
99201-2262
Phone: (800)234-7373
FAX: (509)327-9547

**Please attach a voided check from your bank account
being assigned to the IPFS Express Plan.**

Financial Institution: _____  ABA #: _____

Address (City, State, ZIP): _____  Acct No: _____

**Number of Payments:** ____9 **Payment Amount:** ____$2,303.13 **First Payment Due:** ___03/21/2011

**Note: Funds should be available on the account as of the payment due date. If the debit date falls on a weekend or holiday, PFS may debit the account on the business day prior to the weekend or the holiday.**

## AGREEMENT

I hereby authorize IPFS Corporation dba Premium Financing Specialists Corp. (IPFS) to initiate electronic debit entries to the account indicated on this form, from the financial institution hereinafter referred to as BANK. I authorize BANK to honor the debit entries initiated by (IPFS) and debit the same to such account. This authority pertains to the property and/or casualty insurance policy(ies) listed within the premium finance agreement with (IPFS) and the schedule of payments described in the related contract. I understand that if the BANK rejects the debit entry for non-sufficient funds or account closed, my account with (IPFS) will be assessed an NSF fee, if permitted by law, of $20 or the maximum permitted by law. I further agree that this authorization is to remain in force until (1) (IPFS) and BANK have received written notification from me of its revocation in such time and manner as to afford (IPFS) and BANK a reasonable opportunity to act on it; OR (2) I have received written notification from (IPFS) that this agreement is terminated for rejection of a debit entry due to NSF or account closed. I understand that the amount being transferred from the account could vary based on changes made to the insurance coverage and that I will be notified of the changes prior to the transfer effective date. I also understand that if I wish to stop the automatic deductions, I must give ten days written notice to (IPFS).

By (Authorized Signature): _____  Date _____

Printed or Typed Name: _____  DBA _____

U.S. Bankruptcy Court - Hawaii   #11-01032   Dkt # 10   Filed 04/20/11   Page 27 of 28

# ACH (Automated Clearing House)
## GUIDELINES & PROCEDURES

1. For an account to be set up on ACH, insured needs to sign an automatic debit authorization form and forward to (IPFS) with a voided check.

2. PFS Needs at least 10 days before the next payment due date. If authorization is received less than ten days before the next payment due date, insured has to send in a payment for that period and (IPFS) will initiate debit transactions the following month.

**\*\*Send back to:**
IPFS Corporation dba Premium Financing Specialists Corp. (IPFS)
201 W NORTH RIVER DR STE 301 SPOKANE, WA 99201-2262
Phone: (800)234-7373
FAX: (509)327-9547

U.S. Bankruptcy Court - Hawaii  #11-01032  Dkt # 10  Filed  04/20/11  Page 28 of 28