DONALD L. SPAFFORD, JR.     6188
Pauahi Tower, Suite 470
1003 Bishop Street
Honolulu, HI 96813
Phone: (808) 532-6300
Fax: (808) 532-6309
e-mail: spafford@lava.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re | ) | Case No. 11-01032 |
| | ) | (Chapter 11) |
| UNITY HOUSE, INCORPORATED, | ) | |
| | ) | SECOND INTERIM ORDER GRANTING |
| Debtor. | ) | DEBTOR'S EMERGENCY MOTION FOR |
| | ) | INTERIM AND FINAL ORDERS |
| | ) | AUTHORIZING USE OF CASH |
| | ) | COLLATERAL PURSUANT TO 11 |
| | ) | U.S.C. § 363(c)(2) FILED ON |
| | ) | APRIL 20, 2011; EXHIBITS "A" |
| | ) | AND "B" |
| | ) | |
| | ) | Hearing Date: May 9, 2011 |
| | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Robert J. Faris |
| | ) | |
| | ) | Related Docket No. 6 |
| _____ | ) | |

SECOND INTERIM ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR
INTERIM AND FINAL ORDERS AUTHORIZING USE OF
CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363(c)(2)
FILED ON APRIL 20, 2011

Debtor UNITY HOUSE, INCORPORATED's Emergency Motion for Interim and Final Orders Authorizing Use of Cash Collateral Pursuant to 11 U.S.C. § 363(c)(2), filed on April 20, 2011, came on for hearing before this Court at 9:30 a.m. on May 9, 2011. Donald L. Spafford, Jr. appeared on behalf of the Debtor.  Curtis B. Ching appeared on behalf of the Office of the United States Trustee and Tom E. Roesser appeared on behalf of MK Pacific, LLC. The Court being duly advised of the matter and having reviewed

movants' motion and having heard arguments of counsel, and for the reasons stated in open court pursuant to Rules 7052 of the Federal Rules of Bankruptcy Procedure,

IT IS HEREBY ORDERED that:

1. The Motion is granted on an further interim basis subject to the terms and conditions set forth herein.

2. Castle Resorts and Hotels on behalf of the Debtor is authorized to use the cash collateral in the operation and management of The Lotus Hotel at Diamond Head ("Lotus Hotel") for the period from April 21, 2011 to the date of the final hearing stated below; provided such use shall be in accordance with the 90-day budget for the Lotus Hotel attached hereto as Exhibit "A".

3. Debtor is authorized to use the cash collateral for the maintenance and preservation of its assets and operations for the period from April 21, 2011 to the date of the final hearing stated below; provided such use shall be in accordance with the 90-day budget for the Debtor attached hereto as Exhibit "B" except that:

(a) Debtor shall set aside a monthly amount as a reserve for ground lease rent and real property taxes based on an amortization of the annual amounts due for ground lease rent and real property taxes,

(b) as for the amount for medical, dental, drug and vision insurance for the laid-off employees, Debtor is authorized only to make the payment of $5,091.47 due on May 1, 2011,

(c) Debtor is not authorized to make any payment on the "Enos Loan" listed in the budget, and

(d) Debtor is not authorized to make any payments to professionals, including the accountant and attorney fees listed in the budget, without further order of this court.

4. To the extent necessary, MK Pacific LLC is granted replacement liens in the Debtor's post-petition cash collateral, notwithstanding 11 U.S.C. § 552.

5. Debtor shall provide monthly reports to MK Pacific reporting on the uses made of cash collateral each month. A report shall be provided to MK Pacific, LLC within 10 days after the end of each calendar month.

6. Pending further order of this court, Debtor shall not be required to make any adequate protection payments; provided that this order is without prejudice to the rights of the Debtor, MK Pacific, LLC, or any other creditor or party-in-interest to request that the Debtor make adequate protection payments.

7. The further final hearing on the motion shall be held on July 18, 2011 at 9:30 a.m. in the courtroom of this United States Bankruptcy Court. Any further opposition or objection to the motion to be heard at that final hearing shall be filed by July 5, 2011.

8. Debtor shall serve a copy of this order and the notice of the final hearing by first class mail within one business day from the entry of this order on the following creditors and parties in interest:

(A) the Office of the United States Trustee,

(B) the creditors listed on the list of 20 largest unsecured creditors, and

(C) MK Pacific, LLC and its counsel, Tom Roesser of Carlsmith Ball.

8. Bankruptcy Rule 4001(b) has been satisfied as the relief requested in the motion is necessary to avoid immediate and irreparable harm to the Debtor.

9. The terms of this order shall be immediately effective and enforceable upon entry, notwithstanding any applicability of Bankruptcy Rule 6004(h).

DATED: Honolulu, Hawaii, _____.

_____
United States

/s/ Robert J. Faris
United States Bankruptcy Judge
Dated: May 17, 2011

Approved as to form:

/s/Tom E. Roesser
Tom E. Roesser and
William M. Harstad
Attorneys for MK Pacific, LLC


Office of the United States Trustee

By /s/Curtis B. Ching
    Curtis B. Ching

-4-

CASTLE RESORTS & HOTELS
THE LOTUS AT DIAMOND HEAD
MAY, JUNE, JULY FORECAST
INCOME STATEMENT

|  | May | Jun | Jul | Total |
|---|---:|---:|---:|---:|
| **REVENUES** | | | | |
| ROOM REVENUES | 143,595 | 157,954 | 199,579 | 501,128 |
| OWNER DISTRIBUTION | 0 | 0 | 0 | 0 |
| NET ROOM REVENUES | 143,595 | 157,954 | 199,579 | 501,128 |
|  | | | | 0 |
| OTHER INCOME | 5,475 | 5,753 | 6,789 | 18,017 |
| TELEPHONE REVENUE | 208 | 223 | 272 | 703 |
| F&B REVENUES | 0 | 0 | 0 | 0 |
| VALET INCOME | 11,120 | 11,653 | 14,540 | 37,313 |
| TOTAL REVENUE | 160,398 | 175,583 | 221,180 | 557,161 |
| **COST OF REVENUES** | | | | |
| ROOMS EXPENSE | 52,614 | 53,431 | 64,076 | 170,120 |
| OTHER INCOME | 700 | 700 | 700 | 2,100 |
| TELEPHONE EXPENSES | 1,546 | 1,601 | 1,803 | 4,950 |
| F&B EXPENSES | 0 | 0 | 0 | 0 |
| VALET EXPENSES | 7,548 | 7,350 | 7,575 | 22,473 |
| TOTAL COST OF REVENUE | 62,408 | 63,082 | 74,154 | 199,643 |
|  | | | | 0 |
| GROSS PROFIT/LOSS | 97,991 | 112,501 | 147,027 | 357,518 |
|  | | | | 0 |
| OPERATING EXPENSES | | | | 0 |
| ADMINISTRATIVE & GENERAL | 26,493 | 26,994 | 28,612 | 82,099 |
| SALES & MARKETING | 4,290 | 4,290 | 4,290 | 12,871 |
| REPAIRS & MAINTENANCE | 12,997 | 13,324 | 14,542 | 40,863 |
| UTILITIES | 17,704 | 18,851 | 23,131 | 59,686 |
| TOTAL OPERATING EXPENSES | 61,484 | 63,459 | 70,575 | 195,519 |
| NON-OPERATING EXPENSES | 14,322 | 15,756 | 19,909 | 49,987 |
|  | | | | 0 |
| P/L BEFORE OTHER INC/ EXP | 22,184 | 33,286 | 56,542 | 112,012 |
|  | | | | 0 |
| **OTHER INCOME/EXPENSE** | | | | 0 |
| FIXED EXPENSES | 10,386 | 11,058 | 13,570 | 35,014 |
| INTEREST | 0 | 0 | 0 | 0 |
| AMORTIZATION/DEPRECIATION | 0 | 0 | 0 | 0 |
|  | | | | 0 |
| TOTAL OTHER INCOME/EXPENSE | 10,386 | 11,058 | 13,570 | 35,014 |
| NET INCOME OR LOSS | 11,798 | 22,228 | 42,972 | 76,998 |
|  | | | | 0 |
|  | | | | 0 |
| ROOM REVENUES | 143,223 | 157,558 | 199,094 | 499,875 |
| AVAILABLE ROOMS | 1,581 | 1,530 | 1,581 | 4,692 |
| OCCUPIED ROOMS | 1,096 | 1,167 | 1,432 | 3,695 |
| OCCUPANCY | 69.3% | 76.3% | 90.6% | 78.8% |
| AVERAGE RATE | 131 | 135 | 139 | 405 |
| BASE FEE | 14,322 | 15,756 | 19,909 | 49,987 |
| TOTAL FEE | 14,322 | 15,756 | 19,909 | 49,987 |

EXHIBIT "A"

U.S. Bankruptcy Court - Hawaii   #11-01032   Dkt # 61   Filed  05/17/11   Page 5 of 15

CASTLE RESORTS & HOTELS
THE LOTUS AT DIAMOND HEAD
MAY, JUNE, JULY FORECAST
ROOMS DEPARTMENT

|  | May | Jun | Jul | Total |
|---|---|---|---|---|
| **ROOM REVENUES** | | | | |
| ROOM REVENUES | 143,223 | 157,558 | 199,094 | 499,875 |
| ROOM REVENUES - TLA | 0 | 0 | 0 | 0 |
| ROOM REVENUES - UPGRADES | 372 | 396 | 485 | 1,253 |
| ROOM REVENUES - PACKAGES | 0 | 0 | 0 | 0 |
| MEETING ROOMS | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL REVENUES | 143,595 | 157,954 | 199,579 | 501,128 |
| | | | | 0 |
| **ROOM EXPENSES** | | | | 0 |
| S & W - HOUSEKEEPING | 17,547 | 18,002 | 20,399 | 55,948 |
| S & W - FRONT DESK | 13,737 | 13,347 | 17,775 | 44,859 |
| S & W - RESERVATIONS | 0 | 0 | 0 | 0 |
| S & W - DOORMEN | 0 | 0 | 0 | 0 |
| S & W - SECURITY | 0 | 0 | 0 | 0 |
| VACATION | 1,203 | 1,206 | 1,468 | 3,877 |
| BONUS | 0 | 0 | 0 | 0 |
| FICA | 2,393 | 2,398 | 2,920 | 7,711 |
| FUTA | 250 | 251 | 305 | 806 |
| SUTA | 629 | 630 | 767 | 2,026 |
| MEDICAL/DENTAL/VISION | 4,405 | 4,405 | 4,405 | 13,214 |
| DISABILITY INSURANCE | 250 | 251 | 305 | 806 |
| WORKER'S COMPENSATION | 704 | 705 | 859 | 2,268 |
| EMPLOYEE MEALS | 0 | 0 | 0 | 0 |
| OTHER EMPLOYEE BENEFITS | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL PAYROLL ROOMS | 41,118 | 41,195 | 49,203 | 131,515 |
| | | | | 0 |
| **OTHER ROOM EXPENSES** | | | | 0 |
| COMMISSIONS | 1,432 | 1,576 | 1,991 | 4,999 |
| DECORATIONS | 29 | 31 | 38 | 98 |
| SUPPLIES | 305 | 325 | 399 | 1,029 |
| GUEST AMENITIES | 1,884 | 2,006 | 2,462 | 6,352 |
| PRINTING & STATIONARY | 185 | 197 | 242 | 624 |
| GUEST RELATIONS | 67 | 67 | 67 | 201 |
| LINEN EXPENSE | 474 | 505 | 619 | 1,598 |
| LAUNDRY AND DRYCLEANING | 1 | 2 | 2 | 5 |
| PEST CONTROL | 23 | 24 | 29 | 76 |
| CONTRACT CLEANING | 0 | 0 | 0 | 0 |
| RESERVATION REIMBURSEMENT | 0 | 0 | 0 | 0 |
| EQUIPMENT RENTAL /LEASES | 289 | 308 | 377 | 974 |
| EQUIPMENT MAINTENANCE AGREEMENT | 50 | 50 | 50 | 150 |
| PROMOTION - ONSITE | 0 | 0 | 0 | 0 |
| PROMOTION - OFFSITE | 0 | 0 | 0 | 0 |
| UNIFORMS | 75 | 75 | 75 | 225 |
| LICENSES & FEES | 0 | 0 | 0 | 0 |
| TRAINING | 0 | 0 | 0 | 0 |
| MISCELLANEOUS EXPENSE | 406 | 432 | 530 | 1,368 |
| OFFICE SUPPLIES | 86 | 91 | 112 | 289 |
| POSTAGE & DELIVERY | 38 | 41 | 50 | 129 |
| OUTSIDE SERVICE | 5,466 | 5,820 | 7,142 | 18,428 |
| RENT - FRONT DESK | 0 | 0 | 0 | 0 |
| ROOM REIMBURSEMENTS | 0 | 0 | 0 | 0 |
| RELOCATION EXPENSE | 0 | 0 | 0 | 0 |
| CABLE | 480 | 480 | 480 | 1,440 |
| TRAVEL | 6 | 6 | 8 | 20 |
| TELEPHONE | 200 | 200 | 200 | 600 |
| EMPLOYEE RELATIONS | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL OTHER ROOM EXPENSE | 11,496 | 12,236 | 14,873 | 38,605 |
| | | | | 0 |
| TOTAL ROOMS EXPENSE | 52,614 | 53,431 | 64,076 | 170,120 |
| | | | | 0 |
| ROOMS PROFIT OR (LOSS) | 90,982 | 104,524 | 135,504 | 331,009 |

U.S. Bankruptcy Court - Hawaii   #11-01032   Dkt # 61   Filed  05/17/11   Page 6 of 15

CASTLE RESORTS & HOTELS
THE LOTUS AT DIAMOND HEAD
MAY, JUNE, JULY FORECAST
OTHER INCOME

|  | May | Jun | Jul | Total |
|---|---|---|---|---|
| **OTHER INCOME** | | | | |
| INTEREST INCOME | 0 | 0 | 0 | 0 |
| EMPLOYEE LAUNDRY | 0 | 0 | 0 | 0 |
| IN-ROOM MOVIES | 334 | 356 | 437 | 1,127 |
| VENDING INCOME | 0 | 0 | 0 | 0 |
| COPIES, FAX, POSTAGE | 1 | 1 | 2 | 4 |
| OTHER MISCELLANEOUS INCOME | 772 | 822 | 1,009 | 2,603 |
| IN-ROOM SAFES | 0 | 0 | 0 | 0 |
| NEWSPAPER INCOME | 0 | 0 | 0 | 0 |
| AMENITIES INCOME | 169 | 180 | 221 | 570 |
| ROOM DAMAGES | 15 | 16 | 20 | 51 |
| PARKING | 1,200 | 1,200 | 1,200 | 3,600 |
| AUDIO VISUAL | 0 | 0 | 0 | 0 |
| COMMERCIAL SPACE | 0 | 0 | 0 | 0 |
| LAUNDRY INCOME | 73 | 78 | 96 | 247 |
| ROLLAWAY/CRIB | 30 | 32 | 39 | 101 |
| CLEANING FEES | 0 | 0 | 0 | 0 |
| NO SHOW/ LATE CXL CHARGE | 605 | 644 | 790 | 2,039 |
| CHECK IN FEES | 0 | 0 | 0 | 0 |
| INTERNET INCOME | 2,233 | 2,378 | 2,918 | 7,529 |
| LOST KEY CHARGE | 0 | 0 | 0 | 0 |
| ACTIVITIES COMMISSION | 0 | 0 | 0 | 0 |
| MICROWAVE RENTAL INCOME | 43 | 46 | 57 | 146 |
| | | | | 0 |
| TOTAL OTHER INCOME | 5,475 | 5,753 | 6,789 | 18,017 |
| | | | | 0 |
| | | | | 0 |
| **OTHER EXPENSES** | | | | 0 |
| COST- COPIER/FAX/POSTAGE | 0 | 0 | 0 | 0 |
| NEWSPAPTER COST OF SALES | 0 | 0 | 0 | 0 |
| PARKING COST OF SALES | 0 | 0 | 0 | 0 |
| INTERNET COST OF SALES | 700 | 700 | 700 | 2,100 |
| GUEST ACTIVITY COST OF SALES. | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL OTHER EXPENSES | 700 | 700 | 700 | 2,100 |
| | | | | 0 |
| NET PROFIT/(LOSS) | 4,775 | 5,053 | 6,089 | 15,917 |

U.S. Bankruptcy Court - Hawaii   #11-01032   Dkt # 61   Filed 05/17/11   Page 7 of 15

CASTLE RESORTS & HOTELS
THE LOTUS AT DIAMOND HEAD
MAY, JUNE, JULY FORECAST
TELEPHONE DEPARTMENT

|  | May | Jun | Jul | Total |
|---|---:|---:|---:|---:|
| **TELEPHONE REVENUE** |  |  |  |  |
| TELEPHONE - LONG DISTANCE | 53 | 57 | 69 | 179 |
| TELEPHONE - LOCAL CALLS | 155 | 166 | 203 | 524 |
| COMMISSION | 0 | 0 | 0 | 0 |
| OTHER TELEPHONE INCOME | 0 | 0 | 0 | 0 |
|  |  |  |  | 0 |
| TOTAL TELEPHONE REVENUE | 208 | 223 | 272 | 703 |
|  |  |  |  | 0 |
| COST OF SALES - LOCAL | 766 | 816 | 1,001 | 2,583 |
| COST OF SALES - LONG DIST | 70 | 75 | 92 | 237 |
|  |  |  |  | 0 |
| GROSS PROFIT | -558 | -593 | -729 | -1,880 |
|  |  |  |  | 0 |
| PAYROLL & RELATED COST |  |  |  | 0 |
| WAGES | 0 | 0 | 0 | 0 |
| SALARIES | 0 | 0 | 0 | 0 |
| VACATION | 0 | 0 | 0 | 0 |
| BONUS | 0 | 0 | 0 | 0 |
| FICA | 0 | 0 | 0 | 0 |
| FUTA | 0 | 0 | 0 | 0 |
| SUTA | 0 | 0 | 0 | 0 |
| MEDICAL/DENTAL/VISION | 0 | 0 | 0 | 0 |
| DISABILITY INSURANCE | 0 | 0 | 0 | 0 |
| WORKER'S COMPENSATION | 0 | 0 | 0 | 0 |
| EMPLOYEE MEALS | 0 | 0 | 0 | 0 |
| OTHER EMPLOYEE BENEFITS | 0 | 0 | 0 | 0 |
|  |  |  |  | 0 |
| TOTAL PAYROLL TELEPHONE | 0 | 0 | 0 | 0 |
|  |  |  |  | 0 |
| **OTHER TELEPHONE EXPENSES** |  |  |  | 0 |
| PRINTING & STATIONARY | 0 | 0 | 0 | 0 |
| EQUIPMENT LEASE/RENT | 0 | 0 | 0 | 0 |
| EQUIPMENT MAINTENANCE AGREEMENT | 710 | 710 | 710 | 2,130 |
| UNIFORMS | 0 | 0 | 0 | 0 |
| TRAINING | 0 | 0 | 0 | 0 |
| MISCELLANEOUS | 0 | 0 | 0 | 0 |
| REIMBURSEMENTS | 0 | 0 | 0 | 0 |
|  |  |  |  | 0 |
| TOTAL OTHER TELEPHONE EXPENSES | 710 | 710 | 710 | 2,130 |
|  |  |  |  | 0 |
| NET TELEPHONE PROFIT/(LOSS) | -1,268 | -1,303 | -1,439 | -4,010 |

U.S. Bankruptcy Court - Hawaii   #11-01032   Dkt # 61   Filed 05/17/11   Page 8 of 15

**CASTLE RESORTS & HOTELS**
**THE LOTUS AT DIAMOND HEAD**
**MAY, JUNE, JULY FORECAST**
**GARAGE AND PARKING**

|  | May | Jun | Jul | Total |
|---|---|---|---|---|
| **GARAGE & PARKING REVENUE** | | | | |
| VALET - OVERNIGHT | 8,220 | 8,753 | 10,740 | 27,713 |
| VALET - F&B | 2,900 | 2,900 | 3,800 | 9,600 |
| OTHER INCOME | 0 | 0 | 0 | 0 |
|  | | | | 0 |
| TOTAL REVENUES | 11,120 | 11,653 | 14,540 | 37,313 |
|  | | | | 0 |
| PAYROLL & RELATED EXPENSES | | | | 0 |
| WAGES - VALET | 5,348 | 5,175 | 5,348 | 15,871 |
| VACATION | 206 | 199 | 206 | 611 |
| BONUS | 0 | 0 | 0 | 0 |
| FICA | 409 | 396 | 409 | 1,214 |
| FUTA | 43 | 41 | 43 | 127 |
| SUTA | 107 | 104 | 107 | 318 |
| MEDICAL/DENTAL/VISION | 1,149 | 1,149 | 1,149 | 3,447 |
| DISABILITY INSURANCE | 43 | 41 | 43 | 127 |
| WORKER'S COMPENSATION | 120 | 116 | 120 | 356 |
| EMPLOYEE MEALS | 0 | 0 | 0 | 0 |
| OTHER EMPLOYEE BENEFITS | 0 | 0 | 0 | 0 |
|  | | | | 0 |
| TOTAL PAYROLL | 7,425 | 7,221 | 7,425 | 22,071 |
|  | | | | 0 |
| GROSS PROFIT | 3,695 | 4,432 | 7,115 | 15,242 |
|  | | | | 0 |
| **OTHER EXPENSES** | | | | 0 |
| SUPPLIES | 45 | 48 | 59 | 152 |
| PRINTING AND STATIONARY | 43 | 46 | 56 | 145 |
| UNIFORMS | 25 | 25 | 25 | 75 |
| TRAINING | 10 | 10 | 10 | 30 |
| MISCELLANEOUS | 0 | 0 | 0 | 0 |
| TELEPHONE | 0 | 0 | 0 | 0 |
| EMPLOYEE RELATIONS | 0 | 0 | 0 | 0 |
|  | | | | 0 |
| TOTAL OTHER EXPENSES | 123 | 129 | 150 | 402 |
|  | | | | 0 |
| NET GARAGE PROFIT/(LOSS) | 3,572 | 4,303 | 6,965 | 14,840 |

CASTLE RESORTS & HOTELS
THE LOTUS AT DIAMOND HEAD
MAY, JUNE, JULY FORECAST
ADMINISTRATIVE DEPARTMENT

|  | May | Jun | Jul | Total |
|---|---|---|---|---|
| **ADMINISTRATIVE & GENERAL** | | | | |
| S&W - ADMIN | 16,178 | 16,178 | 16,178 | 48,534 |
| VACATION | 396 | 396 | 396 | 1,188 |
| BONUS | 0 | 0 | 0 | 0 |
| FICA | 1,238 | 1,238 | 1,238 | 3,714 |
| FUTA | 0 | 0 | 0 | 0 |
| SUTA | 325 | 325 | 325 | 975 |
| MEDICAL/DENTAL/VISION | 1,500 | 1,500 | 1,500 | 4,500 |
| DISABILITY INSURANCE | 129 | 129 | 129 | 387 |
| WORKER'S COMPENSATION | 364 | 364 | 364 | 1,092 |
| EMPLOYEE MEALS | 0 | 0 | 0 | 0 |
| OTHER EMPLOYEE BENEFITS | 0 | 0 | 0 | 0 |
|  | | | | 0 |
| TOTAL PAYROLL ADMIN & GENERAL | 20,130 | 20,130 | 20,130 | 60,390 |
|  | | | | 0 |
| **OTHER ADMINISTRATIVE EXPENSES** | | | | 0 |
| COMMISSION | 0 | 0 | 0 | 0 |
| PRINTING & STATIONARY | 75 | 80 | 98 | 253 |
| CREDIT & COLLECTIONS | 0 | 0 | 0 | 0 |
| EQUIPMENT RENT/LEASE | 558 | 594 | 729 | 1,881 |
| EQUIPMENT MAINTENANCE AGREEMENT | 117 | 124 | 152 | 393 |
| PROMOTION - ONSITE | 0 | 0 | 0 | 0 |
| PROMOTION - OFFSITE | 0 | 0 | 0 | 0 |
| UNIFORM | 40 | 42 | 52 | 134 |
| LICENSES & FEES | 135 | 143 | 176 | 454 |
| TRAINING | 82 | 87 | 107 | 276 |
| MISCELLANEOUS | 336 | 357 | 439 | 1,132 |
| OFFICE SUPPLIES | 445 | 473 | 581 | 1,499 |
| POSTAGE & DELIVERY | 59 | 63 | 77 | 199 |
| OUTSIDE SERVICES | 377 | 402 | 493 | 1,272 |
| REIMBURSEMENT | 0 | 0 | 0 | 0 |
| ACCOUNTING FEES | 0 | 0 | 0 | 0 |
| BAD DEBT EXPENSE | 358 | 394 | 498 | 1,250 |
| CREDIT CARD FEES | 2,793 | 3,072 | 3,882 | 9,747 |
| DATA PROCESSING FEES | 300 | 300 | 300 | 900 |
| DUES & SUBSCRIPTIONS | 27 | 29 | 35 | 91 |
| DONATIONS | 49 | 52 | 64 | 165 |
| BANK SERVICE CHARGES | 117 | 125 | 153 | 395 |
| TELEPHONE | 85 | 90 | 111 | 286 |
| PROFESSIONAL FEES | 325 | 346 | 424 | 1,095 |
| TRAVEL/TRANSPORTATION | 38 | 41 | 50 | 129 |
| EMPLOYEE RELATIONS | 47 | 50 | 61 | 158 |
| PENALTIES | - | - | - | - |
| CASH OVER/SHORT | - | - | - | - |
| DIRECTORS EXPENSES | - | - | - | - |
| MANAGERS EXPENSES | - | - | - | - |
|  | | | | - |
| TOTAL OTHER EXPENSES | 6,363 | 6,864 | 8,482 | 21,709 |
|  | | | | - |
| TOTAL EXPENSES | 26,493 | 26,994 | 28,612 | 82,099 |

U.S. Bankruptcy Court - Hawaii  #11-01032  Dkt # 61  Filed 05/17/11  Page 10 of 15

CASTLE RESORTS & HOTELS
THE LOTUS AT DIAMOND HEAD
MAY, JUNE, JULY FORECAST
MARKETING DEPARTMENT

|  | May | Jun | Jul | Total |
|---|---|---|---|---|
| **SALES & MARKETING** | | | | |
| WAGES | 0 | 0 | 0 | 0 |
| SALARIES | 0 | 0 | 0 | 0 |
| VACATION | 0 | 0 | 0 | 0 |
| BONUS | 0 | 0 | 0 | 0 |
| FICA | 0 | 0 | 0 | 0 |
| FUTA | 0 | 0 | 0 | 0 |
| SUTA | 0 | 0 | 0 | 0 |
| MEDICAL/DENTAL/VISION | 0 | 0 | 0 | 0 |
| DISABILITY INSURANCE | 0 | 0 | 0 | 0 |
| WORKER'S COMPENSATION | 0 | 0 | 0 | 0 |
| EMPLOYEE MEALS | 0 | 0 | 0 | 0 |
| OTHER EMPLOYEE BENEFITS | 0 | 0 | 0 | 0 |
|  | | | | 0 |
| TOTAL PAYROLL SALES & MARKETING | 0 | 0 | 0 | 0 |
|  | | | | 0 |
| **OTHER SALES & MARKETING EXPENSES** | | | | 0 |
| COLLATERAL | 487 | 487 | 487 | 1,462 |
| COOPERATIVE MARKETING | 776 | 776 | 776 | 2,328 |
| DIRECT MAIL | 0 | 0 | 0 | 0 |
| DIRECTORIES | 66 | 66 | 66 | 199 |
| CONSUMER PRINT | 0 | 0 | 0 | 0 |
| MISCELLANEOUS | 111 | 111 | 111 | 333 |
| RETAIL NEWSPAPERS | 0 | 0 | 0 | 0 |
| BROADCAST MEDIA | 199 | 199 | 199 | 598 |
| PRINTING | 14 | 14 | 14 | 42 |
| PRODUCTION | 177 | 177 | 177 | 532 |
| PUBLIC RELATIONS | 66 | 66 | 66 | 199 |
| SIGNAGE | 0 | 0 | 0 | 0 |
| TRADE OUT | 0 | 0 | 0 | 0 |
| TRAVEL TRADE MARKETING | 44 | 44 | 44 | 133 |
| VIDEO & SLIDES | 0 | 0 | 0 | 0 |
| FAX BLAST | 0 | 0 | 0 | 0 |
| FAM TOURS | - | - | - | - |
| SALES PROMOTIONS | 244 | 244 | 244 | 732 |
| PROMO EVENTS | 111 | 111 | 111 | 333 |
| TRADESHOW | 66 | 66 | 66 | 199 |
| TELEPHONE | - | - | - | - |
| GDS SYSTEM | 465 | 465 | 465 | 1,395 |
| MARKETING REIMBURSEMENT | - | - | - | - |
| AGENCY FEES | 133 | 133 | 133 | 399 |
| INTERNET MARKETING | 1,174 | 1,174 | 1,174 | 3,522 |
| TRAVEL/ENTERTAINMENT | 155 | 155 | 155 | 465 |
| MARKETING ACCRUAL | - | - | - | - |
|  | | | | - |
| TOTAL OTHER SALES & MARKETING EXP | 4,290 | 4,290 | 4,290 | 12,871 |
|  | | | | - |
| TOTAL SALES & MARKETING EXPENSES | 4,290 | 4,290 | 4,290 | 12,871 |

U.S. Bankruptcy Court - Hawaii   #11-01032   Dkt # 61   Filed  05/17/11   Page 11 of 15

CASTLE RESORTS & HOTELS
THE LOTUS AT DIAMOND HEAD
MAY, JUNE, JULY FORECAST
MAINTENANCE DEPARTMENT

|  | May | Jun | Jul | Total |
|---|---|---|---|---|
| **REPAIRS & MAINTENANCE** | | | | |
| WAGES | 3,055 | 3,055 | 3,055 | 9,165 |
| SALARIES | 3,570 | 3,570 | 3,570 | 10,710 |
| VACATION | 137 | 137 | 137 | 411 |
| BONUS | 0 | 0 | 0 | 0 |
| FICA | 507 | 507 | 507 | 1,521 |
| FUTA | 53 | 53 | 53 | 159 |
| SUTA | 133 | 133 | 133 | 399 |
| MEDICAL/DENTAL/VISION | 694 | 694 | 694 | 2,082 |
| DISABILITY INSURANCE | 53 | 53 | 53 | 159 |
| WORKER'S COMPENSATION | 149 | 149 | 149 | 447 |
| EMPLOYEE MEALS | 0 | 0 | 0 | 0 |
| OTHER EMPLOYEE BENEFITS | 0 | 0 | 0 | 0 |
|  |  |  |  | 0 |
| TOTAL PAYROLL MAINTENANCE | 8,351 | 8,351 | 8,351 | 25,053 |
|  |  |  |  | 0 |
| **OTHER MAINTENANCE EXPENSES** |  |  |  | 0 |
| SUPPLIES | 304 | 324 | 397 | 1,025 |
| PEST CONTROL | 147 | 157 | 193 | 497 |
| EQUIPMENT RENT/LEASES | 0 | 0 | 0 | 0 |
| EQUIPMENT MAINT AGREEMENTS | 551 | 587 | 720 | 1,858 |
| UNIFORMS | 12 | 13 | 15 | 40 |
| LICENSES & FEES | 0 | 0 | 0 | 0 |
| TRAINING | 0 | 0 | 0 | 0 |
| MISCELLANEOUS | 58 | 61 | 75 | 194 |
| OFFICE SUPPLIES | 1 | 1 | 1 | 3 |
| OUTSIDE SERVICES | 0 | 0 | 0 | 0 |
| REIMBURSEMENT | -400 | -400 | -400 | -1,200 |
| EQUIPMENT | 12 | 13 | 16 | 41 |
| BUILDINGS | 792 | 844 | 1,035 | 2,671 |
| ELEVATOR | 1,283 | 1,366 | 1,677 | 4,326 |
| FLOORS & DRAPES | 0 | 0 | 0 | 0 |
| POOL | 0 | 0 | 0 | 0 |
| VEHICLES | 36 | 38 | 47 | 121 |
| AIR CONDITIONING | 366 | 389 | 478 | 1,233 |
| PAINTING | 120 | 128 | 157 | 405 |
| TELEPHONE | 121 | 129 | 158 | 408 |
| FURNISHINGS | 32 | 34 | 41 | 107 |
| ELECTRICAL | 75 | 80 | 98 | 253 |
| PLUMBING | 109 | 116 | 142 | 367 |
| REFUSE | 470 | 500 | 614 | 1,584 |
| KITCHEN EQUIPMENT | - | - | - | - |
| FITNESS MAINTENANCE | - | - | - | - |
| GROUNDS & LANDSCAPING | 486 | 517 | 635 | 1,638 |
| LIFE & SAFETY | 7 | 8 | 9 | 24 |
| LOCK & KEYS | 64 | 68 | 83 | 215 |
|  |  |  |  | - |
| TOTAL OTHER MAINTENANCE EXPENSE | 4,646 | 4,973 | 6,191 | 15,810 |
|  |  |  |  | - |
| TOTAL MAINTENANCE EXPENSES | 12,997 | 13,324 | 14,542 | 40,863 |

CASTLE RESORTS & HOTELS
THE LOTUS AT DIAMOND HEAD
MAY, JUNE, JULY FORECAST
UTILITIES DEPARTMENT

|  | May | Jun | Jul | Total |
|---|---|---|---|---|
| **UTILITIES** | | | | |
| ELECTRICITY | 13,348 | 14,212 | 17,439 | 44,999 |
| GAS | 1,354 | 1,442 | 1,769 | 4,565 |
| WATER | 1,337 | 1,424 | 1,747 | 4,508 |
| SEWER | 1,665 | 1,773 | 2,176 | 5,614 |
| OTHER ENERGY CHARGES | 0 | 0 | 0 | 0 |
| | | | | 0 |
| TOTAL UTILITY EXPENSE | 17,704 | 18,851 | 23,131 | 59,686 |

CASTLE RESORTS & HOTELS
THE LOTUS AT DIAMOND HEAD
MAY, JUNE, JULY FORECAST
OTHER EXPENSES

|  | May | Jun | Jul | Total |
|---|---|---|---|---|
| **NON-OPERATING EXPENSES** |  |  |  |  |
| BASE MANAGEMENT FEE | 14,322 | 15,756 | 19,909 | 49,987 |
| INCENTIVE FEE | 0 | 0 | 0 | 0 |
| FF&E DISTRIBUTION | 0 | 0 | 0 | 0 |
|  |  |  |  | 0 |
| TOTAL NON-OPERATING EXPENSES | 14,322 | 15,756 | 19,909 | 49,987 |
|  |  |  |  | 0 |
| **FIXED EXPENSES** |  |  |  | 0 |
| BUSINESS $ OCCUPANCY TAX | 0 | 0 | 0 | 0 |
| REAL PROPERTY TAX | 0 | 0 | 0 | 0 |
| PENALTIES | 0 | 0 | 0 | 0 |
| INSURANCE - GENERAL | 9,790 | 10,424 | 12,792 | 33,006 |
| BUILDING RENT | 0 | 0 | 0 | 0 |
| LAND RENT | 0 | 0 | 0 | 0 |
| INFORMATION SYSTEMS EQUIPMENT | 0 | 0 | 0 | 0 |
| TELECOMMUNICATIONS EQUIPMENT | 0 | 0 | 0 | 0 |
| OTHER PROPERTY & EQUIPMENT | 596 | 634 | 778 | 2,008 |
| INTEREST - LEASES | 0 | 0 | 0 | 0 |
| INTEREST - LOANS | 0 | 0 | 0 | 0 |
| INTEREST - OTHER | 0 | 0 | 0 | 0 |
|  |  |  |  | 0 |
| TOTAL FIXED EXPENSES | 10,386 | 11,058 | 13,570 | 35,014 |
|  |  |  |  | 0 |
| **AMORTIZATION/DEPRECIATION** |  |  |  | 0 |
| AMORTIZATION - LEASES | 0 | 0 | 0 | 0 |
| AMORTIZATION - ORGZ COST | 0 | 0 | 0 | 0 |
| AMORTIZATION - LOAN FEE OTHER | 0 | 0 | 0 | 0 |
| DEPRECIATION | 0 | 0 | 0 | 0 |
|  |  |  |  | 0 |
| TOTAL AMORT/DEPRECIATION | 0 | 0 | 0 | 0 |

U.S. Bankruptcy Court - Hawaii   #11-01032    Dkt # 61    Filed  05/17/11    Page 14 of 15

## Projected Profit and Loss Statement
UNITY HOUSE, INCORPORATED

For April 2011 ending June 2011

| Gross margin  [L/J] | 100.0% |
|---|---|
| Return on sales  [T/J] | 7.3% |

| | Apr-11 | May-11 | Jun-11 | Current Period as % of Revenue | % Change from Prior Period | % Change from Budget |
|---|---|---|---|---|---|---|
| **Revenue** | | | | | | |
| Lotus Hotel Income | 30,000 | 30,000 | 30,000 | 86.2% | 0.0% | 0.0% |
| Tenant Income | 2,214 | 2,214 | 2,214 | 6.4% | 0.0% | 0.0% |
| Loan Interest Income | 2,574 | 2,574 | 2,574 | 7.4% | 0.0% | 0.0% |
| | | | | 0.0% | - | - |
| **Total Revenue  [J]** | 34,788 | 34,788 | 34,788 | 100.0% | 0.0% | 0.0% |
| **Cost of Sales** | | | | | | |
| | | | | 0.0% | - | - |
| UHI (no sales) | 0 | 0 | 0 | 0.0% | - | - |
| | | | | 0.0% | - | - |
| | | | | | - | - |
| **Total Cost of Revenue  [K]** | 0 | 0 | 0 | 0.0% | - | - |
| **Gross Profit  [L=J-K]** | 34,788 | 34,788 | 34,788 | 100.0% | 0.0% | 0.0% |
| **Operating Expenses** | | | | | | |
| **Advertising & Marketing** | | | | | | |
| Advertising UHI (web page) | 15 | 15 | 15 | 0.0% | 0.0% | 0.0% |
| | | | | | | |
| Direct marketing UHI (web page) | 15 | 15 | 15 | 0.0% | 0.0% | 0.0% |
| | | | | 0.0% | - | - |
| **Total Sales and Marketing Expenses  [M]** | 30 | 30 | 30 | 0.1% | 0.0% | 0.0% |
| **Research and Development (NONE)** | | | | | | |
| Technology licenses | 0 | 0 | 0 | 0.0% | - | - |
| Patents | 0 | 0 | 0 | 0.0% | - | - |
| Other expenses (specify) | 0 | 0 | 0 | 0.0% | - | - |
| | | | | 0.0% | - | - |
| **Total Research and Development Expenses  [N]** | 0 | 0 | 0 | 0.0% | - | - |
| **General and Adminstrative** | | | | | | |
| Medical, Dental, Drug & Vision (laid off employees) | 9,240 | 9,240 | 9,240 | 26.6% | 0.0% | 0.0% |
| Wages and salaries UHI | 2,266 | 4,531 | 4,531 | 13.0% | 100.0% | 0.0% |
| Outside services (Retiree Center) | 1,005 | 1,005 | 1,005 | 2.9% | 0.0% | 0.0% |
| Supplies | 300 | 300 | 300 | 0.9% | 0.0% | 0.0% |
| Meals and entertainment | 0 | 0 | 0 | 0.0% | - | - |
| Rent (Equipment) | 660 | 660 | 660 | 1.9% | 0.0% | 0.0% |
| Telephone | 934 | 934 | 934 | 2.7% | 0.0% | 0.0% |
| Utilities | 1,600 | 1,600 | 1,600 | 4.6% | 0.0% | 0.0% |
| Depreciation (UHI office building) | 0 | 0 | 0 | 0.0% | - | - |
| Insurance | 6,530 | 6,530 | 6,530 | 18.8% | 0.0% | 0.0% |
| Repairs and maintenance | 120 | 120 | 120 | 0.3% | 0.0% | 0.0% |
| Security Alarm Service | 149 | 149 | 149 | 0.4% | 0.0% | 0.0% |
| Payroll services | 200 | 200 | 200 | 0.6% | 0.0% | 0.0% |
| Water, sewage, refuse | 252 | 252 | 252 | 0.7% | 0.0% | 0.0% |
| Internet Service | 54 | 54 | 54 | 0.2% | 0.0% | 0.0% |
| Maintenance Fees Pat's at Punaluu | 484 | 485 | 485 | 1.4% | 0.2% | 0.0% |
| Enos Loan | 849 | 849 | 849 | 2.4% | 0.0% | 0.0% |
| Accountants | 2,500 | 2,500 | 2,500 | 7.2% | 0.0% | 0.0% |
| Attorneys | 2,500 | 2,500 | 2,500 | 7.2% | 0.0% | 0.0% |
| **Total General and Adminstrative Expenses  [O]** | 29,643 | 31,909 | 31,909 | 91.7% | 7.6% | 0.0% |
| **Total Operating Expenses  [P=M+N+O]** | 29,673 | 31,939 | 31,939 | 91.8% | 7.6% | 0.0% |
| **Income from Operations  [Q=L-P]** | 5,115 | 2,849 | 2,849 | 8.2% | -44.3% | 0.0% |
| **Other Income  [R]** | | | | 0.0% | - | - |
| **Taxes** | | | | | | |
| Income taxes (none due to losses) | 0 | 0 | 0 | 0.0% | - | - |
| Payroll taxes | 150 | 300 | 300 | 0.9% | 100.0% | 0.0% |
| Real estate taxes (currently paid up through August 2011) | 0 | 0 | 0 | 0.0% | - | - |
| Other taxes (specify) | 0 | 0 | 0 | 0.0% | - | - |
| Other taxes (specify) | 0 | 0 | 0 | 0.0% | - | - |
| **Total Taxes  [S]** | 150 | 300 | 300 | 0.9% | 100.0% | 0.0% |
| **Net Profit  [T=Q+R-S]** | 4,965 | 2,549 | 2,549 | 7.3% | -48.7% | 0.0% |

U.S. Bankruptcy Court - Hawaii   #11-01032   EXHIBIT Dkt # 61   Filed  05/17/11   Page 15 of 15